Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV -6 PM 4:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP    DEPUTY

JASON DEMAS, on his own behalf and on behalf of all others similarly situated.

vs

SONY ELECTRONICS, INC., a Delaware corporation,

SUMMONS IN A CIVIL ACTION

Case No. 07CV 2126 JM (NLS)

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott A. Kamber, Ethan Preston, Kamber & Associates, LLC
11 Broadway, 22nd Floor., New York, NY. 10004, Telephone: (212) 920-3072

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

11/6/07
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)