```
ORIGINAL
FILED
07 NOV -8 PM 2: 33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:  POL   DEPUTY
```

1  Alan Himmelfarb, Bar No: 90480        (323) 585-8696
2  LAW OFFICE OF ALAN HIMMELFARB
   2757 Leonis Blvd.
3  Vernon, CA 90058

4  Representing: Plaintiff        File No.none

United States District Court

Southern District of California

**BY FAX**

12  JASON DEMAS
                                    )   Case No: 07CV2126JM (NLS)
14              Plaintiff/Petitioner )
                                    )   Proof of Service of:
15              vs.                 )       CLASS ACTION COMPLAINT, Civil Case Cover
                                    )       Sheet, Summons
16  SONY ELECTRONICS, INC.          )
                                    )
17              Defendant/Respondent)
                                    )   Service on:
                                        SONY ELECTRONICS, INC.

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

FF# 6651163                                          12012076.tif - 11/8/2007 10:50:08 AM

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Alan Himmelfarb, 90480<br>LAW OFFICE OF ALAN HIMMELFARB<br>2757 Leonis Blvd.<br>Vernon, CA 90058 | (323) 585-8696 | |
| | Ref. No. or File No.<br>none | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF:

JASON DEMAS

DEFENDANT:

SONY ELECTRONICS, INC.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>07CV2126JM (NLS) |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: CLASS ACTION COMPLAINT, Civil Case Cover Sheet, Summons

2. Party Served:            SONY ELECTRONICS, INC.

3. Person Served:           CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery: November 7, 2007     1:49 pm

5. Address, City and State: 2730 GATEWAY OAKS DR STE 100
                            SACRAMENTO, CA 95833

6. Manner of Service:       Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on November 7, 2007 at Sacramento, California.

Signature: _____

Tyler Dimaria

FF# 6651163