Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS, INC., a Delaware corporation,<br><br>Defendant. | No. 07cv2126-JM(NLS)<br><br>**PLAINTIFFS' NOTICE REGARDING EXHIBIT ATTACHMENT TO PLAINTIFFS' COMPLAINT** |

PLEASE TAKE NOTICE that Plaintiffs attach the following Exhibits as Exhibits 1 and 2 to Plaintiffs' Complaint, filed on November 6, 2007.

Date:       November 14, 2007

By: s/Alan Himmelfarb
Attorneys for Jason Demas and John Renninger

Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530

Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C.§ 1746, I hereby certify that a copy of the foregoing Plaintiffs' Notice Regarding Exhibit Attachment to Plaintiffs' Complaint, and accompanying supporting documents was this date served upon Defendant Sony Electronics, Inc. pursuant to Fed. R. Civ. P. 5(b), by placing a copy of the same in the United States Mail, postage prepaid, and sent to its last known address as follows:

> Sony Electronics, Inc.
> 1645 West Bernardo Street
> San Diego, CA 92127

Date:      November 14, 2007

By: s/Alan Himmelfarb

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

# KDS-R50XBR1
## Grand WEGA™ SXRD™ Rear Projection Television

### Key Features

- SXRD™ Technology
- WEGA Engine™ HD System
- Cinema Black Pro
- ATSC Integrated Tuner with CableCARD™ Slot
- HDMI™ (High Definition Multimedia Interface)
- PC Input (D-Sub 15pin)



### Key Technologies

**SXRD™ Panels** SXRD technology is a new display technology developed by the legendary television engineers at Sony® to meet and exceed the demands of a High Definition image at its full 1080 line resolution. Digitally transmitted High Definition signals can contain over 2 million individual detail points that need to be displayed accurately and rapidly. SXRD displays those 2 million detail points per SXRD panel accurately since the 3 SXRD panels actually contain enough pixels to fully display a 1080 line picture without interlacing it.

SXRD has the speed to create a smooth, film like image. The SXRD panels have a blistering 2.5ms response time (total rise and fall time), which exceeds the demands of even the most rapidly moving High Definition images. And SXRD creates highly accurate, natural colors because the 3-panel design displays all the colors, all the time.

**Cinema Black Pro** Cinema Black Pro is an exclusive Sony function designed to improve contrast expression especially in darker scenes. The Cinema Black Pro function is enabled by using either one or both of two features - Iris Control and Advanced Iris. The Iris Control function sets the maximum size of the iris opening and sets the overall level of brightness. There are six settings that allow the user to adjust the iris opening to best match the room lighting conditions.

The Advanced Iris function is a dynamic adjustment that automatically opens and closes the iris according to the gamma level of the picture on the screen. There are four different adjustments. The "High" setting is ideal for movies and music video content. And the "Off" setting works great for sports and news content.

**WEGA Engine™ HD** Because of the special demands HDTV places on signal quality a new generation of Sony's exclusive WEGA Engine™ advanced picture quality system has evolved into WEGA Engine™ HD. Two innovative digital imaging processes have been added to improve overall picture quality. A High Contrast Image processor dynamically detects the histogram of each frame and instantly applies the ideal contrast level for crisper images. And the Natural High Density Picture image processor reduces noise elements by intelligently separating the noise from the video signal for a purer more detailed picture. Enjoy a stunning display of realistic images, amazing detail and sharpness, reduced noise and enhanced clarity with improved depth and contrast.







like.no.other™

**SONY**
**GRAND WEGA**

# KDS-R50XBR1
Grand WEGA™ SXRD™ Rear Projection Television

## Features

### General
- Auto SAP: Yes
- Channel Fix: Yes
- ID1 Detection: Yes
- Video Label: Yes

### Video
- Tuner: 8 VSB, ATSC, NTSC, Clear QAM, CableCARD™ QAM
- Video Processing: Yes
- Auto White Balance: Yes
- Color Temperature: Cool, Neutral, Warm
- Color Correction: High, Low, Off
- Noise Reduction: Yes
- Black Corrector: High, Medium, Low, Off
- Clear White: On, Off
- Gamma Compensation: High, Medium, Low, Off
- CineMotion® Reverse 3:2 Pulldown Technology: Yes
- Digital Texture Enhancer: High, Medium, Low, Off
- Direct Digital II Circuitry: Yes
- Advanced Iris: Yes
- Slide Show Mode: Slide Show transitions
- Display Mode for PC Input: Video, Text
- Comb Filter: 3D Digital Comb Filter
- DRC® MultiFunction Circuitry: Yes (DRC MF V2)
- DRC® Mode: Mode 1, Mode 2, CineMotion® Technology
- DRC® Palette Presets: Custom 1, Custom 2, Custom 3
- Direct Mode: On, Off
- Game Mode: On/Off
- Game Picture: Yes
- Auto Adjustment (PC): Yes
- Phase (PC Only): Yes
- Pitch (PC Only): Yes
- Advanced Video Menu: Yes
- Picture Modes: Vivid, Standard, Pro
- Color System: ATSC, NTSC
- BN Smoother: Yes
- Wide Mode: Yes
- Display Technology: SXRD™ Technology

### Audio
- Tone Control(s): Treble, Bass
- Sound Mode: Dynamic, Clear Voice, Natural
- MTS Stereo Decoder: Yes
- Digital Amplifier: Yes (S-Master® Digital Amplifier)
- Audio Mute: Yes
- Speaker On/Off: Yes
- Simulated Surround: Yes
- SRS® TruSurround® Audio Effect: Yes
- Dolby® Digital: Yes

### Convenience
- Channel Label: Yes
- Channel Skip/Add: Yes
- Channel Jump: Yes
- Favorite Channel: Yes
- Speed Surf™ Channel Selection: Yes
- Program Guide Access: Yes
- Auto Channel Programming: Yes
- Menu Color: Yes
- Multiple Language Display: English, Español, Français
- Parental Control (V-Chip): Yes
- Info Banner: Yes
- Programmable Timer: 2 Event
- Sleep Timer: 15, 30, 45, 60, 90, Off
- Timer Events: Timer 1, Timer 2
- Caption Vision: On, Off, Program
- Clock: Yes
- Power Save Mode: Standard, Reduced, Picture Off
- Built-In AC Adaptor: Yes
- Twin-View™ Technology: Yes
- Picture Freeze: Yes

## Specifications

### General
- Aspect Ratio: 16:9
- Screen Size: 50"[1]

### Video
- Native Resolution: 1080p
- Horizontal Scan (KHz) for PC: 15 different frequencies
- Display Resolution: 1920 x 1080
- Overscan: Normal, +1, +2
- Viewing Angle: Right/Left: 130°, Up/Down: 60°
- Display Response Time: 2.5ms
- Vertical Size: Yes
- Vertical Center: +63 to -64
- Horizontal Center: +63 to -64
- Vertical Frequency (Hz): 6 different frequencies

### Audio
- Speaker Type: Round Cone
- Speakers (Total): 4
- Full Range Speaker Size: 3 1/4"
- Audio Power Output: 30W Total (15W x 2)

### Inputs and Outputs
- Analog Audio Input(s): 6 (1 Front/5 Rear)
- Audio Out (Variable/Fixed): 1 (Rear)
- CableCARD™ Slot: 1 (Rear)
- Component Video (Y/Pb/Pr) Input(s): 2 (Rear)
- Composite Video Input(s): 3 (1 Front/2 Rear)
- Control-S Input(s): 1 (Rear)
- Control-S Output(s): 1 (Rear)
- i.LINK® Connection: 3 (1 Front/2 Rear)
- Memory Stick® Media Slot: 1 (Front) - Memory Stick Duo™, Memory Stick PRO Duo™, Memory Stick PRO™ Media Compatibility
- RF Connection Input(s): 2 (Rear)
- S-Video Input(s): 3 (1 Front/2 Rear)
- PC Audio Input(s): 1 (Rear)
- PC Video Input(s): 1 (Rear)
- HDMI™ Connection(s): 2 (Rear) - 1 rear input included L/R audio inputs
- Optical Audio Digital Output(s): 1 (Rear) Dolby® Digital

### Power
- Internal Power Supply: Yes
- Power Consumption (in Operation): 240W
- Power Consumption (in Standby): 0.5W
- Power Requirements: AC 120V, 60Hz
- Power Management: Yes
- Power Consumption (CableCARD™ Function in Standby): Less than 30W (Also applies to i.LINK port.)

### Regulation and Standard Compliance
- Energy Star® Compliant: Yes

### Service and Warranty Information
- Limited Warranty: 1 Year Parts / 1 Year Labor

### Dimensions
- Weight: 94lbs 13oz (43Kg)
- Measurements: 57 1/4" x 34" x 18 7/8" (1453 x 863 x 478 mm)

### Supplied Accessories
- Remote Control (RM-Y914)
- Operating Instructions
- Quick Start Guide
- Batteries (AAA x2)
- Warranty
- Product Registration Card

### Optional Accessories
- SU-GW12 (AV Stand)
- XL-5100 (120W Replacement Lamp)

UPC Code: 027242681101

Confidential Sony Information. For Internal Use Only.
1. Screen Size measured diagonally
2. For additional viewing angle information please consult the Owner's Manual.

© 2005 Sony Electronics Inc. All rights reserved.
Sony, Qualia, Grand WEGA, S-Master, Steady Sound, WEGA Engine, Speed Surf, Memory Stick, SXRD, i.LINK, CineMotion and DRC are trademarks of Sony. CableCARD is a trademark of Cable Television Laboratories, Inc. SRS and the SRS symbol, and TruSurround are trademarks of SRS Labs, Inc. This TV incorporates High-Definition Multimedia Interface (HDMI™) technology. HDMI, the HDMI logo and High-Definition Multimedia Interface are trademarks or registered trademarks of HDMI Licensing LLC. All other trademarks are property of their respective owners.
Features and specifications are subject to change without notice. Non-metric weights and measures are approximate.

Please visit the Dealer Network for current information at www.sony.com/dn

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

# KDS-R60XBR1
## Grand WEGA™ SXRD™ Rear Projection Television

### Key Features

- SXRD™ Technology
- WEGA Engine™ HD System
- Cinema Black Pro
- ATSC Integrated Tuner with CableCARD™ Slot
- HDMI™ (High Definition Multimedia Interface)
- PC Input (D-Sub 15pin)



### Key Technologies

**SXRD™ Panels**  SXRD technology is a new display technology developed by the legendary television engineers at Sony to meet and exceed the demands of a High Definition image at its full 1080 line resolution. Digitally transmitted High Definition signals can contain over 2 million individual detail points that need to be displayed accurately and rapidly. SXRD displays those 2 million detail points per SXRD panel accurately since the 3 SXRD panels actually contain enough pixels to fully display a 1080 line picture without interlacing it.

SXRD has the speed to create a smooth, film like image. The SXRD panels have a blistering 2.5ms response time (total rise and fall time), which exceeds the demands of even the most rapidly moving High Definition images. And SXRD creates highly accurate, natural colors because the 3-panel design displays all the colors, all the time.

**Cinema Black Pro**  Cinema Black Pro is an exclusive Sony function designed to improve contrast expression especially in darker scenes. The Cinema Black Pro function is enabled by using either one or both of two features - Iris Control and Advanced Iris. The Iris Control function sets the maximum size of the iris opening and sets the overall level of brightness. There are six settings that allow the user to adjust the iris opening to best match the room lighting conditions.

The Advanced Iris function is a dynamic adjustment that automatically opens and closes the iris according to the gamma level of the picture on the screen. There are four different adjustments. The "High" setting is ideal for movies and music video content. And the "Off" setting works great for sports and news content.

**WEGA Engine™ HD**  Because of the special demands HDTV places on signal quality a new generation of Sony's exclusive WEGA Engine™ advanced picture quality system has evolved into WEGA Engine™ HD. Two innovative digital imaging processes have been added to improve overall picture quality. A High Contrast Image processor dynamically detects the histogram of each frame and instantly applies the ideal contrast level for crisper images. And the Natural High Density Picture image processor reduces noise elements by intelligently separating the noise from the video signal for a purer more detailed picture. Enjoy a stunning display of realistic images, amazing detail and sharpness, reduced noise and enhanced clarity with improved depth and contrast.







like.no.other™

# SONY
## WEGA

# KDS-R60XBR1
### Grand WEGA™ SXRD™ Rear Projection Television

## Features

### General
Auto SAP: Yes
Channel Fix: Yes
ID1 Detection: Yes
Video Label: Yes

### Video
Tuner: 8 VSB, ATSC, NTSC, Clear QAM, CableCARD™ QAM
Video Processing: Yes
Auto White Balance: Yes
Color Temperature: Cool, Neutral, Warm
Color Correction: High, Low, Off
Noise Reduction: Yes
Black Corrector: High, Medium, Low, Off
Clear White: On, Off
Gamma Compensation: High, Medium, Low, Off
CineMotion® Reverse 3:2 Pulldown Technology: Yes
Digital Texture Enhancer: High, Medium, Low, Off
Direct Digital II Circuitry: Yes
Advanced Iris: Yes
Slide Show Mode: Slide Show transitions
Display Mode for PC Input: Video, Text
Comb Filter: 3D Digital Comb Filter
DRC® MultiFunction Circuitry: Yes (DRC MF V1)
DRC® Mode: Mode 1, Mode 2, CineMotion® Technology
DRC® Palette Presets: Custom 1, Custom 2, Custom 3
Direct Mode: On, Off
Game Mode: On/Off
Game Picture: Yes
Auto Adjustment (PC): Yes
Phase (PC Only): Yes
Pitch (PC Only): Yes
Advanced Video Menu: Yes
Picture Modes: Vivid, Standard, Pro
Color System: ATSC, NTSC
BN Smoother: Yes
Wide Mode: Yes
Display Technology: SXRD™ Technology

### Audio
Tone Control(s): Treble, Bass
Sound Mode: Dynamic, Clear Voice, Natural
MTS Stereo Decoder: Yes
Digital Amplifier: Yes (S-Master® Digital Amplifier)
Audio Mute: Yes
Speaker On/Off: Yes
Simulated Surround: Yes
SRS® TruSurround® Audio Effect: Yes
Dolby® Digital: Yes

### Convenience
Channel Label: Yes
Channel Skip/Add: Yes
Channel Jump: Yes
Favorite Channel: Yes
Speed Surf™ Channel Selection: Yes
Program Guide Access: Yes
Auto Channel Programming: Yes
Menu Color: Yes
Multiple Language Display: English, Español, Français
Parental Control (V-Chip): Yes
Info Banner: Yes
Programmable Timer: 2 Event
Sleep Timer: 15, 30, 45, 60, 90, Off
Timer Events: Timer 1, Timer 2
Caption Vision: On, Off, Program
Clock: Yes
Power Save Mode: Standard, Reduced, Picture Off
Built-In AC Adaptor: Yes
Twin-View™ Technology: Yes
Picture Freeze: Yes

## Specifications

### General
Aspect Ratio: 16:9
Screen Size: 60"[1]

### Video
Native Resolution: 1080p
Horizontal Scan (KHz) for PC: 15 different frequencies
Display Resolution: 1920 x 1080
Overscan: Normal, +1, +2
Viewing Angle: Right/Left: 130°, Up/Down: 60°
Display Response Time: 2.5ms
Vertical Size: Yes
Vertical Center: +10 to -10
Horizontal Center: +63 to -64
Vertical Frequency (Hz): 6 different frequencies

### Audio
Speaker Type: Round Cone
Speakers (Total): 4
Full Range Speaker Size: 3 1/4"
Audio Power Output: 30W Total (15W x 2)

### Inputs and Outputs
Analog Audio Input(s): 6 (1 Front/5 Rear)
Audio Out (Variable/Fixed): 1 (Rear)
CableCARD™ Slot: 1 (Rear)
Component Video (Y/Pb/Pr) Input(s): 2 (Rear)
Composite Video Input(s): 3 (1 Front/2 Rear)
Control-S Input(s): 1 (Rear)
Control-S Output(s): 1 (Rear)
i.LINK® Connection: 3 (1 Front/ 2 Rear)
Memory Stick® Media Slot: 1 (Front) - Memory Stick Duo™, Memory Stick PRO Duo™, Memory Stick PRO™ Media Compatibility
RF Connection Input(s): 2 (Rear)
S-Video Input(s): 3 (1 Front/2 Rear)
PC Audio Input(s): 1 (Rear)
PC Video Input(s): 1 (Rear)
Optical Audio Digital Output(s): 1 (Rear) Dolby® Digital

### Power
Internal Power Supply: Yes
Power Consumption (in Operation): 240W
Power Consumption (in Standby): Less then 0.5W
Power Requirements: AC 120V, 60Hz
Power Management: Yes
Power Consumption (CableCARD™ Function in Standby): Less than 30W (Also applies to i.LINK port).

### Regulation and Standard Compliance
Energy Star® Compliant: Yes

### Service and Warranty Information
Limited Warranty: 1 Year Parts / 1 Year Labor

### Dimensions
Weight: 112lbs 7oz (51Kg)
Measurements: 65 10/11 x 39 8/11 x 20 3/13" (1674 x 1009 x 514mm)

### Supplied Accessories
Remote Control (RM-Y914)
Operating Instructions
Quick Start Guide
Batteries (AAA x2)
Warranty
Product Registration Card

### Optional Accessories
SU-GW12 (AV Stand)
XL-5100 (120W Replacement Lamp)

UPC Code: 027242681118

Confidential Sony Information. For Internal Use Only.
1. Screen Size measured diagonally
2. For additional information on viewing angles please consult the Owner's Manual.

© 2005 Sony Electronics Inc. All rights reserved.
Sony, Qualia, Grand WEGA, S-Master, Steady Sound, WEGA GATE, WEGA Engine, Speed Surf, Memory Stick, SXRD, i.LINK, CineMotion and DRC are trademarks of Sony. CableCARD is a trademark of Cable Television Laboratories, Inc. SRS and the SRS symbol, and TruSurround are trademarks of SRS Labs, Inc. This TV incorporates High-Definition Multimedia Interface (HDMI™) technology. HDMI, the HDMI logo and High-Definition Multimedia Interface are trademarks or registered trademarks of HDMI Licensing LLC. All other trademarks are property of their respective owners. Features and specifications are subject to change without notice. Non-metric weights and measures are approximate.



Please visit the Dealer Network for current information at www.sony.com/dn