Alan Himmelfarb
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,

Plaintiffs,

v.

SONY ELECTRONICS, INC., a Delaware corporation,

Defendant.

No. 07cv2126-JM(NLS)

**DECLARATION OF ETHAN PRESTON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND CONDITIONAL CLASS CERTIFICATION**

Date: January 11, 2008
Time: 1:30 p.m.
United States District Court
Judge Jeffrey T. Miller
940 Front Street
Courtroom 6, 3rd Floor
San Diego, CA 92101

Pursuant to 28 U.S.C.§ 1746, I, Ethan Preston, hereby declare and state as follows:

1.    I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge.

2.    On November 13, 2007, I visited the following webpage:

http://esupport.sony.com/US/perl/model-documents.pl?mdl=KDSR60XBR1

I downloaded marketing specifications for the KDS R60XBR1 television model from that webpage. A true and correct copy of those specifications are attached to this Declaration as Exhibit A. Exhibit A indicates the KDS R60XBR1 televisions had a "Native Resolution: 1080p" and contained SXRD panels which

> [met] and exceed[ed] the demands of a High Definition image at its ***full 1080 line resolution***. Digitally transmitted High Definition signals can contain over 2 million individual detail points that need to be displayed accurately and rapidly. SXRD displays those 2 million detail points per SXRD panel accurately since the 3 SXRD panels actually ***contain enough pixels to fully display a 1080 line picture without interlacing it***.

(Ex. A 1) (emphasis added).

3.    On November 13, 2007, I visited the following webpage:

http://esupport.sony.com/US/perl/model-documents.pl?mdl=KDSR50XBR1

I downloaded marketing specifications for the KDS R50XBR1 television model from that webpage. A true and correct copy of those specifications are attached to this Declaration as Exhibit B. Exhibit B indicates the KDS R50XBR1 televisions had a "Native Resolution: 1080p" and contained SXRD panels which

> [met] and exceed[ed] the demands of a High Definition image at its ***full 1080 line resolution***. Digitally transmitted High Definition signals can contain over 2 million individual detail points that need to be displayed accurately and rapidly. SXRD displays those 2 million detail points per SXRD panel accurately since the 3 SXRD panels actually ***contain enough pixels to fully display a 1080 line picture without interlacing it***.

(Ex. B 1) (emphasis added).

4.    On November 13, 2007, I visited the following webpage:

http://google.com/products?q=KDS+R60XBR1&btnG=Search+Products

A true and correct copy of that webpage is attached to this Declaration as Exhibit C. Exhibit C indicates that many KDS R60XBR1 model televisions remain available from a variety of online retailers.

5.    On November 13, 2007, I visited the following webpage:

http://google.com/products?q=KDS+R50XBR1&btnG=Search+Products

A true and correct copy of that webpage is attached as Exhibit D to this Declaration. Exhibit D indicates that many KDS R50XBR1 model televisions remain available from a variety of online retailers.

6.    On November 13, 2007, I visited the following webpage:

http://www.sonystyle.com/webapp/wcs/stores/servlet/ProductDisplay?catalogId=10551&storeId=10151&langId=-1&XID=O:kds-r50xbr1:dg_ggldf&kw=kds-r50xbr1&lp=8198552921665087995&productId=8198552921665087995

A true and correct copy of that webpage is attached to this Declaration as Exhibit E. Exhibit E indicates that Sony Electronics, Inc. continues to sell refurbished KDS R50XBR1 model televisions. Exhibit E includes the following representation:

> SXRD technology is a new display technology developed by the legendary television engineers at Sony® to meet and exceed the demands of a High Definition image at its full 1080 line resolution. Digitally transmitted High Definition signals can contain over 2 million individual detail points that need to be displayed accurately and rapidly. SXRD displays those 2 million detail points per SXRD panel accurately since the 3 SXRD panels actually contain enough pixels to fully display a 1080 line picture without interlacing it.

(Ex. E 2.)

7.    On November 13, 2007, I visited the following webpage:

http://www.amazon.com/SONY-KDS-R60XBR1-Inch-Grand-Wega/dp/B000BN7BDA/ref=sr_1_1?ie=UTF8&s=electronics&qid=1194993756&sr=8-1

A true and correct copy of that webpage is attached to this Declaration as

Exhibit F. Exhibit F indicates that Amazon.com, Inc. continues to sell KDS R60XBR1 model televisions. The "Product Description" in Exhibit F includes the following representation: "This 60" Grand Wega(TM) Rear-projection LCD TV is a magnificent widescreen TV. . . . [T]his set has a 1080p service resolution for up to 1920x1080 resolution." (Ex. F 2.)

8.    On November 13, 2007, I visited the following webpage: http://www.amazon.com/Sony-KDS-R50XBR1-Grand-high-definition-rear-projection/dp/B000BN65NM/ref=sr_1_1?ie=UTF8&s=electronics&qid=1194994031&sr=8-1

A true and correct copy of that webpage is attached to this Declaration as Exhibit G. Exhibit G indicates that Amazon.com, Inc. continues to sell KDS Rr50XBR1 model televisions. Exhibit G describes the KDS R50XBR1 model television as "Sony KDS-R50XBR1 50" Grand Wega SXRD high-definition 1080p rear-projection TV." (Ex. G 1.) The "Technical Details" and "Product Description" in Exhibit F includes the following representation: "1080p 3-SXRD light engine (1920 x 1080 pixels)" (*Id.* 2.)

9.    Attached to this Declaration as Exhibit H is a true and accurate copy of KAMBEREDELSON LLC's biography.

10.    I declare under penalty of perjury, that the foregoing is true and correct.

DATE: November 13, 2007

ETHAN PRESTON

# EXHIBIT A

SONY® GRAND WEGA

# KDS-R60XBR1

## Grand WEGA™ SXRD™ Rear Projection Television

### Key Features

- SXRD™ Technology
- WEGA Engine™ HD System
- Cinema Black Pro
- ATSC Integrated Tuner with CableCARD™ Slot
- HDMI™ (High Definition Multimedia Interface)
- PC Input (D-Sub 15pin)

### Key Technologies

**SXRD™ Panels** SXRD technology is a new display technology developed by the legendary television engineers at Sony to meet and exceed the demands of a High Definition image at its full 1080 line resolution. Digitally transmitted High Definition signals can contain over 2 million individual detail points that need to be displayed accurately and rapidly. SXRD displays those 2 million detail points per SXRD panel accurately since the 3 SXRD panels actually contain enough pixels to fully display a 1080 line picture without interlacing it.

SXRD has the speed to create a smooth, film like image. The SXRD panels have a blistering 2.5ms response time (total rise and fall time), which exceeds the demands of even the most rapidly moving High Definition images. And SXRD creates highly accurate, natural colors because the 3-panel design displays all the colors, all the time.

**Cinema Black Pro** Cinema Black Pro is an exclusive Sony function designed to improve contrast expression especially in darker scenes. The Cinema Black Pro function is enabled by using either one or both of two features - Iris Control and Advanced Iris. The Iris Control function sets the maximum size of the iris opening and sets the overall level of brightness. There are six settings that allow the user to adjust the iris opening to best match the room lighting conditions.

The Advanced Iris function is a dynamic adjustment that automatically opens and closes the iris according to the gamma level of the picture on the screen. There are four different adjustments. The "High" setting is ideal for movies and music video content. And the "Off" setting works great for sports and news content.

**WEGA Engine™ HD** Because of the special demands HDTV places on signal quality a new generation of Sony's exclusive WEGA Engine™ advanced picture quality system has evolved into WEGA Engine™ HD. Two innovative digital imaging processes have been added to improve overall picture quality. A High Contrast Image processor dynamically detects the histogram of each frame and instantly applies the ideal contrast level for crisper images. And the Natural High Density Picture image processor reduces noise elements by intelligently separating the noise from the video signal for a purer more detailed picture. Enjoy a stunning display of realistic images, amazing detail and sharpness, reduced noise and enhanced clarity with improved depth and contrast.

SONY. GRAND WEGA

# KDS-R60XBR1

Grand WEGA™ SXRD™ Rear Projection Television

## Features

### General

Auto SAP: Yes
Channel Fix: Yes
ID1 Detection: Yes
Video Label: Yes

### Video

Tuner: 8 VSB, ATSC, NTSC, Clear QAM, CableCARD™ QAM
Video Processing: Yes
Auto White Balance: Yes
Color Temperature: Cool, Neutral, Warm
Color Correction: High, Low, Off
Noise Reduction: Yes
Black Corrector: High, Medium, Low, Off
Clear White: On, Off
Gamma Compensation: High, Medium, Low, Off
CineMotion® Reverse 3:2 Pulldown Technology: Yes
Digital Texture Enhancer: High, Medium, Low, Off
Direct Digital II Circuitry: Yes
Advanced Iris: Yes
Slide Show Mode: Slide Show transitions
Display Mode for PC Input: Video, Text
Comb Filter: 3D Digital Comb Filter
DRC® MultiFunction Circuitry: Yes (DRC MF V1)
DRC® Mode: Mode 1, Mode 2, CineMotion® Technology
DRC® Palette Presets: Custom 1, Custom 2, Custom 3
Direct Mode: On, Off
Game Mode: On/Off
Game Picture: Yes
Auto Adjustment (PC): Yes
Phase (PC Only): Yes
Pitch (PC Only): Yes
Advanced Video Menu: Yes
Picture Modes: Vivid, Standard, Pro
Color System: ATSC, NTSC
BN Smoother: Yes
Wide Mode: Yes
Display Technology: SXRD™ Technology

### Audio

Tone Control(s): Treble, Bass
Sound Mode: Dynamic, Clear Voice, Natural
MTS Stereo Decoder: Yes
Digital Amplifier: Yes (S-Master® Digital Amplifier)
Audio Mute: Yes
Speaker On/Off: Yes
Simulated Surround: Yes
SRS® TruSurround® Audio Effect: Yes
Dolby® Digital: Yes

### Convenience

Channel Label: Yes
Channel Skip/Add: Yes
Channel Jump: Yes
Favorite Channel: Yes
Speed Surf™ Channel Selection: Yes
Program Guide Access: Yes
Auto Channel Programming: Yes
Menu Color: Yes
Multiple Language Display: English, Español, Français
Parental Control (V-Chip): Yes
Info Banner: Yes
Programmable Timer: 2 Event
Sleep Timer: 15, 30, 45, 60, 90, Off
Timer Events: Timer 1, Timer 2
Caption Vision: On, Off, Program
Clock: Yes
Power Save Mode: Standard, Reduced, Picture Off
Built-In AC Adaptor: Yes
Twin-View™ Technology: Yes
Picture Freeze: Yes

## Specifications

### General

Aspect Ratio: 16:9
Screen Size: 60"[1]

### Video

Native Resolution: 1080p
Horizontal Scan (KHz) for PC: 15 different frequencies
Display Resolution: 1920 x 1080
Overscan: Normal, +1, +2
Viewing Angle: Right/Left: 130°; Up/Down: 60°
Display Response Time: 2.5ms
Vertical Size: Yes
Vertical Center: +10 to -10
Horizontal Center: +63 to -64
Vertical Frequency (Hz): 6 different frequencies

### Audio

Speaker Type: Round Cone
Speakers (Total): 4
Full Range Speaker Size: 3 1/4"
Audio Power Output: 30W Total (15W x 2)

### Inputs and Outputs

Analog Audio Input(s): 6 (1 Front/5 Rear)
Audio Out (Variable/Fixed): 1 (Rear)
CableCARD™ Slot: 1 (Rear)
Component Video (Y/Pb/Pr ) Input(s): 2 (Rear)
Composite Video Input(s): 3 (1 Front/2 Rear)
Control-S Input(s): 1 (Rear)
Control-S Output(s): 1 (Rear)
i.LINK® Connection: 3 (1 Front/ 2 Rear)
Memory Stick® Media Slot: 1 (Front) - Memory Stick Duo™, Memory Stick PRO Duo™, Memory Stick PRO™ Media Compatibility
RF Connection Input(s): 2 (Rear)
S-Video Input(s): 3 (1 Front/2 Rear)
PC Audio Input(s): 1 (Rear)
PC Video Input(s): 1 (Rear)
Optical Audio Digital Output(s): 1 (Rear) Dolby® Digital

### Power

Internal Power Supply: Yes
Power Consumption (in Operation): 240W
Power Consumption (in Standby): Less then 0.5W
Power Requirements: AC 120V, 60Hz
Power Management: Yes
Power Consumption (CableCARD™ Function in Standby): Less than 30W (Also applies to i.LINK port.)

### Regulation and Standard Compliance

Energy Star® Compliant: Yes

### Service and Warranty Information

Limited Warranty: 1 Year Parts / 1 Year Labor

### Dimensions

Weight: 112lbs 7oz (51Kg)
Measurements: 65 10/11 x 39 8/11 x 20 3/13" (1674 x 1009 x 514mm)

### Supplied Accessories

Remote Control (RM-Y914)
Operating Instructions
Quick Start Guide
Batteries (AAA x2)
Warranty
Product Registration Card

### Optional Accessories

SU-GW12 (AV Stand)
XL-5100 (120W Replacement Lamp)

UPC Code: 027242681118

Confidential Sony Information. For Internal Use Only.
1. Screen Size measured diagonally
2. For additional information on viewing angles please consult the Owner's Manual.

©2005 Sony Electronics Inc. All rights reserved.
Sony, Qualia, Grand WEGA, S-Master, Steady Sound, WEGA GATE, WEGA Engine, Speed Surf, Memory Stick, SXRD, i.LINK, CineMotion and DRC are trademarks of Sony. CableCARD is a trademark of Cable Television Laboratories, Inc. SRS and the SRS symbol, and TruSurround are trademarks of SRS Labs, Inc. This TV incorporates High-Definition Multimedia Interface (HDMI™) technology. HDMI, the HDMI logo and High-Definition Multimedia Interface are trademarks or registered trademarks of HDMI Licensing LLC. All other trademarks are property of their respective owners. Features and specifications are subject to change without notice. Non-metric weights and measures are approximate.

Please visit the Dealer Network for current information at www.sony.com/dn

# EXHIBIT B

No. 07cv2126-JM(NLS)

SONY GRAND WEGA

# KDS-R50XBR1

## Grand WEGA™ SXRD™ Rear Projection Television

### *Key Features*

- SXRD™ Technology
- WEGA Engine™ HD System
- Cinema Black Pro
- ATSC Integrated Tuner with CableCARD™ Slot
- HDMI™ (High Definition Multimedia Interface)
- PC Input (D-Sub 15pin)

### *Key Technologies*

**SXRD™ Panels** SXRD technology is a new display technology developed by the legendary television engineers at Sony® to meet and exceed the demands of a High Definition image at its full 1080 line resolution. Digitally transmitted High Definition signals can contain over 2 million individual detail points that need to be displayed accurately and rapidly. SXRD displays those 2 million detail points per SXRD panel accurately since the 3 SXRD panels actually contain enough pixels to fully display a 1080 line picture without interlacing it.

SXRD has the speed to create a smooth, film like image. The SXRD panels have a blistering 2.5ms response time (total rise and fall time), which exceeds the demands of even the most rapidly moving High Definition images. And SXRD creates highly accurate, natural colors because the 3-panel design displays all the colors, all the time.

**Cinema Black Pro** Cinema Black Pro is an exclusive Sony function designed to improve contrast expression especially in darker scenes. The Cinema Black Pro function is enabled by using either one or both of two features - Iris Control and Advanced Iris. The Iris Control function sets the maximum size of the iris opening and sets the overall level of brightness. There are six settings that allow the user to adjust the iris opening to best match the room lighting conditions.

The Advanced Iris function is a dynamic adjustment that automatically opens and closes the iris according to the gamma level of the picture on the screen. There are four different adjustments. The “High” setting is ideal for movies and music video content. And the “Off” setting works great for sports and news content.

**WEGA Engine™ HD** Because of the special demands HDTV places on signal quality a new generation of Sony’s exclusive WEGA Engine™ advanced picture quality system has evolved into WEGA Engine™ HD. Two innovative digital imaging processes have been added to improve overall picture quality. A High Contrast Image processor dynamically detects the histogram of each frame and instantly applies the ideal contrast level for crisper images. And the Natural High Density Picture image processor reduces noise elements by intelligently separating the noise from the video signal for a purer more detailed picture. Enjoy a stunning display of realistic images, amazing detail and sharpness, reduced noise and enhanced clarity with improved depth and contrast.

like.no.other™

SONY® GRAND WEGA

# KDS-R50XBR1

Grand WEGA™ SXRD™ Rear Projection Television

## Features

### General

Auto SAP: Yes
Channel Fix: Yes
ID1 Detection: Yes
Video Label: Yes

### Video

Tuner: 8 VSB, ATSC, NTSC, Clear QAM, CableCARD™ QAM
Video Processing: Yes
Auto White Balance: Yes
Color Temperature: Cool, Neutral, Warm
Color Correction: High, Low, Off
Noise Reduction: Yes
Black Corrector: High, Medium, Low, Off
Clear White: On, Off
Gamma Compensation: High, Medium, Low, Off
CineMotion® Reverse 3:2 Pulldown Technology: Yes
Digital Texture Enhancer: High, Medium, Low, Off
Direct Digital II Circuitry: Yes
Advanced Iris: Yes
Slide Show Mode: Slide Show transitions
Display Mode for PC Input: Video, Text
Comb Filter: 3D Digital Comb Filter
DRC® MultiFunction Circuitry: Yes (DRC MF V2)
DRC® Mode: Mode 1, Mode 2, CineMotion® Technology
DRC® Palette Presets: Custom 1, Custom 2, Custom 3
Direct Mode: On, Off
Game Mode: On/Off
Game Picture: Yes
Auto Adjustment (PC): Yes
Phase (PC Only): Yes
Pitch (PC Only): Yes
Advanced Video Menu: Yes
Picture Modes: Vivid, Standard, Pro
Color System: ATSC, NTSC
BN Smoother: Yes
Wide Mode: Yes
Display Technology: SXRD™ Technology

### Audio

Tone Control(s): Treble, Bass
Sound Mode: Dynamic, Clear Voice, Natural
MTS Stereo Decoder: Yes
Digital Amplifier: Yes (S-Master® Digital Amplifier)
Audio Mute: Yes
Speaker On/Off: Yes
Simulated Surround: Yes
SRS® TruSurround® Audio Effect: Yes
Dolby® Digital: Yes

### Convenience

Channel Label: Yes
Channel Skip/Add: Yes
Channel Jump: Yes
Favorite Channel: Yes
Speed Surf™ Channel Selection: Yes
Program Guide Access: Yes
Auto Channel Programming: Yes
Menu Color: Yes
Multiple Language Display: English, Español, Français
Parental Control (V-Chip): Yes
Info Banner: Yes
Programmable Timer: 2 Event
Sleep Timer: 15, 30, 45, 60, 90, Off
Timer Events: Timer 1, Timer 2
Caption Vision: On, Off, Program
Clock: Yes
Power Save Mode: Standard, Reduced, Picture Off
Built-In AC Adaptor: Yes
Twin-View™ Technology: Yes
Picture Freeze: Yes

## Specifications

### General

Aspect Ratio: 16:9
Screen Size: 50"[1]

### Video

Native Resolution: 1080p
Horizontal Scan (KHz) for PC: 15 different frequencies
Display Resolution: 1920 x 1080
Overscan: Normal, +1, +2
Viewing Angle: Right/Left: 130°, Up/Down: 60°
Display Response Time: 2.5ms
Vertical Size: Yes
Vertical Center: +63 to -64
Horizontal Center: +63 to -64
Vertical Frequency (Hz): 6 different frequencies

### Audio

Speaker Type: Round Cone
Speakers (Total): 4
Full Range Speaker Size: 3 1/4"
Audio Power Output: 30W Total (15W x 2)

### Inputs and Outputs

Analog Audio Input(s): 6 (1 Front/5 Rear)
Audio Out (Variable/Fixed): 1 (Rear)
CableCARD™ Slot: 1 (Rear)
Component Video (Y/Pb/Pr ) Input(s): 2 (Rear)
Composite Video Input(s): 3 (1 Front/2 Rear)
Control-S Input(s): 1 (Rear)
Control-S Output(s): 1 (Rear)
i.LINK® Connection: 3 (1 Front/2 Rear)
Memory Stick® Media Slot: 1 (Front) - Memory Stick Duo™, Memory Stick PRO Duo™, Memory Stick PRO™ Media Compatibility
RF Connection Input(s): 2 (Rear)
S-Video Input(s): 3 (1 Front/2 Rear)
PC Audio Input(s): 1 (Rear)
PC Video Input(s): 1 (Rear)
HDMI™ Connection(s): 2 (Rear) - 1 rear input included L/R audio inputs
Optical Audio Digital Output(s): 1 (Rear) Dolby® Digital

### Power

Internal Power Supply: Yes
Power Consumption (in Operation): 240W
Power Consumption (in Standby): 0.5W
Power Requirements: AC 120V, 60Hz
Power Management: Yes
Power Consumption (CableCARD™ Function in Standby): Less than 30W (Also applies to i.LINK port.)

### Regulation and Standard Compliance

Energy Star® Compliant: Yes

### Service and Warranty Information

Limited Warranty: 1 Year Parts / 1 Year Labor

### Dimensions

Weight: 94lbs 13oz (43Kg)
Measurements: 57 1/4" x 34" x 18 7/8" (1453 x 863 x 478 mm)

### Supplied Accessories

Remote Control (RM-Y914)
Operating Instructions
Quick Start Guide
Batteries (AAA x2)
Warranty
Product Registration Card

### Optional Accessories

SU-GW12 (AV Stand)
XL-5100 (120W Replacement Lamp)

UPC Code: 027242681101

Confidential Sony Information. For Internal Use Only.
1. Screen Size measured diagonally
2. For additional viewing angle information please consult the Owner's Manual.

©2005 Sony Electronics Inc. All rights reserved.
Sony, Qualia, Grand WEGA, S-Master, Steady Sound, WEGA Engine, Speed Surf, Memory Stick, SXRD, i.LINK, CineMotion and DRC are trademarks of Sony. CableCARD is a trademark of Cable Television Laboratories, Inc. SRS and the SRS symbol, and TruSurround are trademarks of SRS Labs, Inc. This TV incorporates High-Definition Multimedia Interface (HDMI™) technology. HDMI, the HDMI logo and High-Definition Multimedia Interface are trademarks or registered trademarks of HDMI Licensing LLC. All other trademarks are property of their respective owners.
Features and specifications are subject to change without notice. Non-metric weights and measures are approximate.

Please visit the Dealer Network for current information at www.sony.com/dn

# EXHIBIT C



KDS R60XBR1 Search Advanced Product Search Preferences

## Products

Results **1** - **10** of about **44** for **KDS R60XBR1**. (**0.15** seconds)

Show  items only **Showing all items** Show grid view Sort by relevance

Sony **KDS-R60XBR1** 60" SXRD TV
121 reviews - Add to Shopping List

**$2,297.88**
TV City

Sony DEMO - **KDS-R60XBR1** 60 Grand WEGA SXRD Rear Projection HDTV ...
Demo>Home Entertainment>Televisions Sony DEMO **KDSR60XBR1** 60 Grand WEGA SXRD **...** Link sonny Sony DEMO Sony - Sony **KDS-R60XBR1** Sony 60 Sony Grand Sony WEGA **...**
121 reviews - Add to Shopping List - Checkout

**$2,295.00**
B&H Photo-Video-Audi...
4,151 seller ratings

**KDS-R60XBR1** 60 Inch Grand WEGA SXRD Rear Projection DLP HDTV
Sony?ÇÖs 60 Grand WEGA?äó SXRD?äó Rear Projection HDTV is the perfect addition to your living room. The **KDS-R60XBR1** is equipped with SXR.
Add to Shopping List

**$1,995.00**
Millennium Camera
5 seller ratings

Sony 60" Grand WEGA SXRD Rear Projection HDTV (**KDS-R60XBR1**)
Big screen has never looked better with the **KDS-R60XBR1**. SXRD Technology WEGA Engine HD System Cinema Black Pro ATSC Integrated Tuner with CableCARD Slot **...**
121 reviews - Add

**$3,499.00**
ChicagoDigital.com

Sponsored Links

SONY BRAVIA - 60 in. HDTV
SONY: Official Online Store - No Payment, No Interest Financing.
www.SonyStyle.com

Replacement XL-5100 Lamp
$196 Factory Original F93087600 Lamp Free Overnight Delivery
www.DeadLamp.com

Buy **Kds-r60xbr1** on Sale
Free fast shipping! Huge selection. Order now and save. Low prices.
www.amazon.com

**Kds-r60xbr1**
Great Deals On Projection TVs. No Tax & Free Shipping!
www.Vanns.com

**KDS-R60XBR1** - $1,905.00
Prices starting as low as $1,905.00 Compare Prices, Read Reviews & Save
www.ShopCartUSA.com

**Kds-R60xbr1**
Savings on 60 inch TV's Right Products at The Right Price!
Mpire.Com

**Kds R60xbr1**
Shop & Save - Projection TVs. Store Ratings, Consumer Reviews.
www.Shopping.com

**Kds r60xbr1** on Sale
HDTV, Plasma, Flat Screen & More at Low Prices. Quality for Less.
www.ShopLocal.com/tv_store

to Shopping List

---

Sony **KDS-R60XBR1** Grand WEGA SXRD Rear Projection 60" HDTV, Native **...**

**...** WEGA SXRD Rear Projection 60" HDTV, Native Resolution 1920 x 1080, Aspect Ratio: 16:9, CineMotion Reverse 3:2 Pulldown Technology (**KDSR60XBR1 KDS R60XBR1**)

121 reviews - Add to Shopping List

**$2,843.23**
Sale Stores
58 seller ratings

---

Sony **KDS-R60XBR1** 60" Grand WEGA SXRD Projection Television **KDSR60XBR1**

All of our products are brand new, factory sealed, with all manufacturer accessories included. Each item includes a full USA warranty (1 year parts, **...**

121 reviews - Add to Shopping List

**$1,949.00**
Zoommania.com

---

Sony **KDS-R60XBR1** 60-Inch Grand, WEGA SXRD, Rear Projection HDTV **...**

The **KDS-R60XBR1** is equipped with SXRD technology which employs three Silicon **...** Other features of the **KDS-R60XBR1** include Advanced Iris shutter that works **...**

121 reviews - Add to Shopping List

**$2,299.98**
Taaffe Photo

---

Sony **KDS-R60XBR1** 60" Grand WEGA SXRD Projection Television **KDSR60XBR1**

Included Items:Quick Setup GuideOperation InstructionsRM-YD009 Remote Control2 x AA BatteriesXL-5300 Replacement Lamp1-Year Limited Warranty.

121 reviews - Add to Shopping List

**$1,949.00**
Zoommania



Sony **KDS-R60XBR1**
Sony **KDS-R60XBR1** By today´s standards, the Sony **KDS-R60XBR1** is expensive, but its fabulous performance and feature set make it well worth the price for **...**
121 reviews - Add to Shopping List

**$1,224.00**
YourDigitalElectroni...

SONY **KDS R60XBR1** Lamp (Original)
SONY **KDS R60XBR1**. Display = Rear projection TV. Numb.
121 reviews - Add to Shopping List - Google Checkout

**$299.69**
Filron America

Refine product results for: **KDS R60XBR1**

| Price range | Stores | Seller rating |
|---|---|---|
| Under $20 | eBay | 4 stars and up |
| $20 - $2,000 | Elebility | 3 stars and up |
| $2,000 - $3,000 | FotoSpirit | 2 stars and up |
| Over $3,000 | NextTronics | Has a rating |
| $ to $ Go | Zoommania | More » |
| | More » | |

Gooooogle ▶
Result Page: 1 2 3 4 5 **Next**

Google does not charge for inclusion in its search results or accept payment for better placement. To list your items in Google Product Search, upload your product catalog.

KDS R60XBR1 Search

Information for Sellers | Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2007 Google - Accepts Google Checkout Learn more

# EXHIBIT D



KDS R50XBR1 Search Advanced Product Search Preferences

## Products

Results **1** - **10** of about **43** for **KDS R50XBR1**. (**0.31** seconds)

Show Checkout items only **Showing all items** Show grid view Sort by relevance

REFURBISHED - 50" Grand WEGA? SXRD? Rear Projection HDTV **KDS-R50XBR1**
(download PDF - 414 KB)-->Thin, but powerful, the Sony **KDS-R50XBR1** Grand WEGA? SXRD? **...** Other features of the **KDS-R50XBR1** include WEGA GATE? **...**
Add to Shopping List

**$1,599.95**
Sony Style - Officia...
84 seller ratings

Sony 50" Grand WEGA SXRD Rear Projection HDTV (**KDS-R50XBR1**)
Rear Projection on a grand scale with the **KDS-R50XBR1**. SXRD Technology WEGA Engine HD System Cinema Black Pro ATSC Integrated Tuner with CableCARD Slot WEGA **...**
47 reviews - Add to Shopping List

**$2,799.00**
ChicagoDigital.com

Sony **KDS-R50XBR1**
Sony **KDS-R50XBR1** CNET did not review the Sony **KDS-R50XBR1**, but we did review the larger version, the Sony **KDS**-R60XBR1. Specs: Rear projection TV, 50 in, **...**
47 reviews - Add to Shopping List

**$1,088.00**
YourDigitalElectroni...

SONY **KDS R50XBR1** Lamp (Original)
SONY **KDS R50XBR1**. Display = Rear projection TV. Numb.
47 reviews - Add to Shopping List - Checkout

**$299.69**
Filron America

Sony **KDS-R50XBR1**
50" Grand WEGA™ SXRD™ Rear Projection HDTV.
47 reviews - Add to Shopping List

**$1,689.99**
Home Price Club
60 seller ratings

Sponsored Links

**Kds-r50xbr1**
SONY: Official Online Store - No Payment, No Interest Financing.
www.SonyStyle.com

Replacement XL-5100 Lamp
$196 Factory Original F93087600 Lamp Free Overnight Delivery
www.DeadLamp.com

Buy **Kds-r50xbr1** on Sale
Free fast shipping! Huge selection. Order now and save. Low prices.
www.amazon.com

**Kds r50xbr1**
TVs as Big as Your Desires. Explore **Kds R50xbr1**!
BizRate.com/Televisions

**Kds R50xbr1**
Find great deals and save! Compare products, prices & stores.
www.Shopping.com

**Kds-R50Xbr1**
Lowest Prices on TV's
Find The Best Deals at Mpire.Com
Mpire.Com

**KDS-R50XBR1** - $3,149.99
On Sale now for only $3,149.99
Compare prices & save big
www.ShopCartUSA.com

**Kds-r50xbr1** Comparison
Reviews, analysis, recommendations
View and buy **kds-r50xbr1**
www.ConsumerSearch.com



SONY **KDS-R50XBR1** LCD-XL5100 CHICAGO MINIATURE EIKO GENERAL **...**
LAMP/CAGE SONY **KDS-R50XBR1**.
47 reviews - Add to Shopping List

**$280.42**
Interlight IN-STOCK...

---

Sony **KDS-R50XBR1** 50" Grand Wega SXRD high-definition 1080p rear **...**
Sony **KDS-R50XBR1** 50" Grand Wega SXRD high-definition 1080p rear-projection TV.
47 reviews - Add to Shopping List

**$2,639.99**
Amdish.com

---

image not available

Sony **KDS-R50XBR1** 50" Grand Wega SXRD high-definition 1080p rear **...**
Sony **KDS-R50XBR1** 50" Grand Wega SXRD high-definition 1080p rear-projection TV you can buy Sony **KDS-R50XBR1** 50" Grand Wega SXRD high-definition 1080p **...**
47 reviews - Add to Shopping List

**$2,639.99**
Amdish.com

---

NEW SONY DLP LAMP BULB XL5100 **KDS-R50XBR1** **KDS**-R60XBR1
**...** ORIGINAL SEALED PACKAGE Works with Model# Sony **KDS**-R50XBR1Sony **KDS**-R60XBR1 Detailed Description These are Exact OEM DLP replacement bulbs manufactured **...**
Add to Shopping List

**$124.95**
eBay

---

image not available

Sony **KDS-R50XBR1**
SXRD technology SXRD is a Silicon X-tal Reflective Display technology that delivers high-level resolution, greater contrast ratio, faster response speed and **...**
47 reviews - Add to Shopping List

**$2,399.95**
IDEAL AUDIO VIDEO
94 seller ratings

---

Refine product results for: **KDS R50XBR1**

| Price range | Stores | Seller rating |
|---|---|---|
| Under $9 | Amdish.com | 4 stars and up |
| $9 - $10 | eBay | 3 stars and up |
| $10 - $40 | Elebility | 2 stars and up |
| $40 - $1,500 | NextTronics | Has a rating |
| Over $1,500 | PartStore | More » |
| $ to $ Go | More » | |



Case 3:07-cv-02126-BEN-RBB Document 7-3 Filed 11/15/2007 Page 18 of 44

Result Page: 1 2 3 4 5 **Next**

Google does not charge for inclusion in its search results or accept payment for better placement. To list your items in Google Product Search, upload your product catalog.

KDS R50XBR1 Search

Information for Sellers | Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2007 Google - Accepts Google Checkout Learn more

# EXHIBIT E

SonyStyle.com | REFURBISHED - 50" Gra... http://www.sonystyle.com/webapp/wcs/sto...

Back to: Home > TV & Home Entertainment > Sony Outlet & Refurbished Products > Televisions Outlet > REFURBISHED - 50" Grand WEGA™ SXRD™ Rear Projection HDTV

**Shipping included on all purchases.**

# REFURBISHED - 50" Grand WEGA™ SXRD™ Rear Projection HDTV

1 of 2 11/13/2007 03:24 PM

Thin, but powerful, the Sony KDS-R50XBR1 Grand WEGA™ SXRD™ Rear Projection HDTV is equipped with SXRD technology and offers a brilliant, colorful image pleasing to any pair of eyes. SXRD technology employs three Silicon X-tal Reflective Display panels, which aid in the response time of image changes and movement. Each one of these panels is associated to a primary color: red, blue or green. These panels combine their monochromatic colors into one creating a single, full color image that is displayed onto the screen via an energy-efficient high output lamp (RGB Image 1920 x 1080). Other features of the KDS-R50XBR1 include WEGA GATE™ Easy Operation Guide for easy channel and television function use as well as CineMotion® technology, which provides reverse 3:2 pull down technology for smoother picture movement when playing back movies or other video sources on film. Sony's WEGA Engine™ system also minimizes signal distortion providing you with the best HD picture and sound for hours of viewing pleasure.

**SXRD™ Panels**
SXRD technology is a new display technology developed by the legendary television engineers at Sony® to meet and exceed the demands of a High Definition image at its full 1080 line resolution. Digitally transmitted High Definition signals can contain over 2 million individual detail points that need to be displayed accurately and rapidly. SXRD displays those 2 million detail points per SXRD panel accurately since the 3 SXRD panels actually contain enough pixels to fully display a 1080 line picture without interlacing it. SXRD has the speed to create a smooth, film like image. The SXRD panels have a blistering 2.5ms response time (total rise and fall time), which exceeds the demands of even the most rapidly moving High Definition images. And SXRD creates highly accurate, natural colors because the 3-panel design displays all the colors, all the time.

**Cinema Black Pro**
Cinema Black Pro is an exclusive Sony function designed to improve contrast expression especially in darker scenes. The Cinema Black Pro function is enabled by using either one or both of two features - Iris Control and Advanced Iris. The Iris Control function sets the maximum size of the iris opening and sets the overall level of brightness. There are six settings that allow the user to adjust the iris opening to best match the room lighting conditions. The Advanced Iris function is a dynamic adjustment that automatically opens and closes the iris according to the gamma level of the picture on the screen. There are four different adjustments. The “High” setting is ideal for movies and music video content. And the “Off” setting works great for sports and news content.

**WEGA Engine™ HD**
Because of the special demands HDTV places on signal quality a new generation of Sony’s exclusive WEGA Engine™ advanced picture quality system has evolved into WEGA Engine™ HD. Two innovative digital imaging processes have been added to improve overall picture quality. A High Contrast Image processor dynamically detects the histogram of each frame and instantly applies the ideal contrast level for crisper images. And the Natural High Density Picture image processor reduces noise elements by intelligently separating the noise from the video signal for a purer more detailed picture. Enjoy a stunning display of realistic images, amazing detail and sharpness, reduced noise and enhanced clarity with improved depth and contrast.

**HDMI™ and PC Inputs**
Designed for maximum versatility, Sony’s Grand WEGATM XBR® line is equipped with a comprehensive range of input interfaces. The HDMI (High-Definition Multimedia Interface) is the first industry-supported, uncompressed, all-digital audio/video interface. HDMI technology supports enhanced or High Definition video, together with multi-channel digital audio to provide matchless image and sound reproduction. The PCD input (HD-15-pin) offers easy connection to your PC, allowing you to use your high resolution Grand WEGA XBR TV as a computer monitor.

# $1,599.95

| | |
|---|---|
| Original Price | ~~$3,999.99~~ |
| Price Drop | -$2,400.04 |

Add to Wishlist

As low as $50.00/month**

# EXHIBIT F

Amazon.com: SONY KDS-R60XBR1 60 Inch Grand Weg... http://www.amazon.com/SONY-KDS-R60XBR1-Inch-Gra...

Hello. Sign in to get personalized recommendations. New customer? Start here.

Gift-wrap for only 99¢
Hurry--offer

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Certificates | Your Ac

Electronics

Electronics | Browse Brands | Top Sellers | Camera & Photo | Computers & PC Hardware | Audio & Video | Cell Phones & Service | Office Electronics

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

See larger image

Share your own customer images

# SONY KDS-R60XBR1 60 Inch Grand Wega(TM) XBR(R) HDTV

Other products by Sony

(8 customer reviews)| More about this product

**Availability:** Available from **these sellers**.

**3 used & new** available from $2,300.00

**3 used & new** from $2,300.00

See all buying options

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Technical Details

- SXRD Technology with WEGA Engine HD System
- Cinema Black Pro
- ATSC Integrated Tuner with CableCARD Slot
- WEGA GATE - Easy Operation Guide
- HDMI (High Definition Multimedia Interface)

› See more technical details

## Product Details

Product Manual [3.90mb PDF]

**Product Dimensions:** 136 pounds

**Shipping Weight:** 295.7 pounds

**ASIN:** B000BN7BDA

**Item model number:** KDS-R60XBR1

**Average Customer Review:** (8 customer reviews)

**Amazon.com Sales Rank:** #46,784 in Electronics (See Bestsellers in Electronics)

Popular in this category: (What's this?)

#51 in Electronics > TVs & HDTVs > Projection TVs > **LCD Projection TVs**

**Date first available at Amazon.com:** November 26, 2006

Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

1 of 8 11/13/2007 02:40 PM

## Product Description

**Product Description**
This 60" Grand Wega(TM) Rear-projection LCD TV is a magnificent widescreen TV. When viewed at different angles and different situations, other rear-projection television models pale in comparison. With a built-in ATSC TV tuner, you can receive free off-the-air HDTV broadcasts (an optional HDTV antenna is required). And this set has a 1080p service resolution for up to 1920x1080 resolution. It can also be used as a PC display - imagine playing videogames or viewing the Internet on this 60" (diagonal) screen. This is home-theater extraordinaire. PC Input (D-Sub 15pin) CineMotion Reverse 3 - 2 Pulldown SRS TruSurround XT equipped for 2 channel virtual surround sound (for 5.1 channels or more, check out one of the optional Sony home-theater dream systems) S-Master Digital Amplifier Twin-View - Picture and Picture SteadySound(TM) keeps volume at a constant listening level Memory Stick Media Viewer Native Resolution - 1080i (3 SXRD Panels - 1920 x 1080) / 0.61 SXRD Panel (1920 x 1080) 120 Watt Lamp TOS Link - Digital Optical Output Audio Optical Output (TOS Link) New ?Edge? Design Connections - i.LINK(R) Interface - 3 (1 Front / 2 Rear) / Component video (Y/Pb/Pr ) Input(s) - 2 (2 Rear) / S-VIDEO INPUT(s) - 3 (1 Front / 2 Rear) Auto Detect on Video 1 only / Composite Video Input(s) - 3 (1 Front / 2 Rear) / RF Connection Input(s) - 2 (2 Rear) / Audio In - 6 (1 Front / 5 Rear) / Digital Audio Output(s) - 1 (1 Rear) - PCM/Dolby Digital (Optical) / Analog Audio Output(s) - 1 (1 Rear) - Fixed / Variable / Control-S Input(s) - 1 (1 Rear) / Control-S Output(s) - 1 (1 Rear) 15 Watts by 2 channel stereo sound to built-in speakers Unit Dimensions Width - 66 x Height - 39 3/4 x Depth - 20 1/4 // Unit Weight (Approx.) - 112 lbs 7 oz

## Customers Who Bought Items Like This Also Bought

**1** 2 3 4

Bacl

Sony SU-RS51U TV Stand for KDS-R60XBR2 and KDS-R70XBR2 Grand W... (1) $299.94

Oppo DV-981HD Universal DVD Player with HDMI, 1080p Up-Convert... (242) $229.99

2-Year Service Plan for Televisions $2,000 to $4,999.99 (4) $299.99

4-Year Service Plan for Televisions $1,500 to $1,999.99 (10) $279.99

Cables U HDmi Ca

Any Category Accessories & Supplies Action & Adventure Audio & Video Accessories Audio Cables Blu-ray Cables & Interconnects Custom Installation Drama DVD Players HDMI Cables Home Office Electronics Kids & Family Monster Cable Mystery & Suspense Portable DVD Players Science Fiction & Fantasy TV Mounts TV Stands Video Cables

## Customers viewing this page may be interested in these Sponsored Links (What's th

Top Rated 1080p **HDTVs**
www.smart-review.com High Definition Televisions - Owner Reviews. Buying Guide.

Replacement XL-5100 Lamp
www.DeadLamp.com $196 Factory Original F93087600 Lamp Free Overnight Delivery

**SONY** KDS-R60XBR2
www.BHPhotoVideo.com/Sony Save Now! **SONY** KDS-R60XBR2 At Award Winning B&H, Since 1973

See a problem with these advertisements? Let us know

## Tags customers associate with this product (What's this?)

Click on a tag to find related items, discussions, and people.

1080p (1) sony (1) › **See all 7 tags...**

**Search Products Tagged with**

GO!

**Your tags:** **Add your first tag**

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

## Rate this item to improve your recommendations

Sign in to rate this item
I own it

## Customer Reviews

**8 Reviews**

| | | |
|---|---|---|
| 5 star: | | (5) |
| 4 star: | | (1) |
| 3 star: | | (1) |
| 2 star: | | (1) |
| 1 star: | | (0) |

**Average Customer Review**
(8 customer reviews)

Create your own review

**New!** Amazon has customer video reviev

Flip Video Camcorders
(88)
The easiest way to shoot video reviews.

### Most Helpful Customer Reviews

58 of 59 people found the following review helpful:

**Elegant design, Spectacular Picture**, October 27, 2005

By **Dave** - See all my reviews

I bought Sony's 60" SXRD after spending the last year researching big screen TVs. The picture quality is top notch- blacks on par with those of a CRT or plasma television and stunning visual clarity. The liquid crystal on Silicon (LCoS) technology combines the best qualities of DLP and LCD projection TV sets; the picture quality of Sony's SXRD LCoS impressed me more than JVC's D-ILA LCoS.

There is no screen door effect on this TV and it displays motion well. The user interface is very user friendly and I was able to access the vast majority of the television's functions without referencing the user's manual. There are more open inputs than I need (8 total, including a few accessible from the front) and the Picture in Picture can be used from both multiple inputs (e.g. DVD and Cable) or from the same input (e.g. both frames from the cable box)

Analog TV appears as good or better than other TVs this size and HD is incredible. With any TV this size, however, be aware that flaws in the picture quality of a broadcast signal will be more apparent. This hasn't been a problem with DVDs or HD channels.

The 60" SXRD also looks more elegant than other sets in this range, nice given that a set this size will dominate any room it's in. It's also light weight enough to be moved easily by two people.

I'm happy that I bought this model and strongly recommend it.

Comment | Permalink | Was this review helpful to you? Yes No (Report this)

### Most Recent Customer Reviews

**Very Disappointed again in Sony**
I purchased this television 15 months ag from AFEES. Now I see I paid too much. Too bad they only back their purchases f one year. **Read more**
Published 22 days ago by Paul Lampley

**1080p TV, is that right?**
I purchased this TV April 2006. The TV was advertised as 1080p capable. Salesperson in a store said that it can show 1080p resolution pictures.
**Read more**
Published 10 months ago by D. Paik

**GREAT SHARP PICTURE BUT......**
This is picture perfect TV, I always loves SONY TV'S and I always buy SONY bran comes to buy TV'S most my life.
**Read more**
Published 18 months ago by Benjamin Kidma

**The best option out there.**
We've had our Grand Wega for over a ye now and it is the most amazing tv out there. Nothing compares to it. **Read mo**
Published 22 months ago by Ellen

**What is the deal? $4100 for 60" and $4000 for 50" as of 12/26/ at amazon.com**
I noticed an earlier poster commented o price flucuations. As of Monday 26 December 2005 Amazon.com is quoting 4099.99 for a 60 inch Sony SXRD KDS-R60XBR1 and $3999. **Read more**

Published 22 months ago by George from Washington

48 of 51 people found the following review helpful:

**Stunning picture quality!**, November 28, 2005

By **G.E.** (Seattle, WA) - See all my reviews

I looked at half a dozen 1080p true HDTVs in October 2005 before settling on the KDS-R50XBR1 (the 50" little brother to this TV). I am thrilled with the picture quality, especially after fine-tuning the Brightness, Contrast, Picture, and RGB balance settings using the Avia calibration DVD. Especially on true HDTV 1920x1080 sources, this TV has an absolutely outstanding picture! In fact, it's more like watching a film or looking out a window than a mere television picture. The SXRD picture is liquid smooth and silky with no screen door effect or harsh "graininess" you see in competing technologies such as DLP, LCD, and even plasma.

One important note: If you are debating between the 50" and 60" models, you should know that both models use the same 120 watt bulb. With the 60" model having approximately 20% more screen surface area to light up, that translates to approximately a 20% dimmer picture than the 50 inch model. (If you ask me, it's not a "bright" idea to use the same bulb wattage for two projection TVs of different sizes, but I guess it keeps manufacturing costs down.)

Compare the two models side by side on the same HDTV content (I did) and you'll see a marked difference in the vividness of the whites and bright colors. The KDS-R50XBR1 50" really "pops" (like looking out the window on a sunny day); whereas the KDS-R60XBR1 60" looks merely average in the brightness department (the overall picture is still excellent, just a bit dimmer).

For me, I decided that a smaller screen with a brighter picture was more important than a big screen with a slightly dimmer picture - especially since this TV sits in a daylight room. Hopefully Sony will correct this oversight in a future SXRD model because the 60" picture is considerably more impressive purely from a size perspective.

The pros: Its magnificent picture quality! SXRD is probably the finest picture you can buy for under $12,000. It has advanced picture fine-tuning feature for prosumers. The 50" model has a dazzling bright display that outshines everything I've seen so far.

The cons: The side speakers are relatively weak with no bass response (as one would expect from their diminutive size). They are not detachable, and add a considerable amount of horizontal width to this TV's footprint. They ought to be made detachable or placed beneath the screen instead at the sides. Also, there are only 2 HDMI ports. It is quite conceivable that a person might have 3-4 HDMI devices (Bluray DVD, Playstation 3, Dish Network, Digital Cable, etc.) but most TVs on the market only have 1-2 HDMI ports so this is not unusual. Daytime viewing is generally very good as long as no direct light hits the TV screen; however, projection TVs still don't seem as bright as the old cathode ray tube (CRT) TVs.

Comment | Permalink | Was this review helpful to

## Search Customer Reviews

Only search this product's reviews

› **See all 8 customer reviews...**

ADVERTISEMENT

you?  (Report this)

37 of 38 people found the following review helpful:

**Price has decreased 25% in 2 months since introduction and before Christmas/New Years/Superbowl season.**, December 6, 2005

By **Elegant gentleman "Engineer"** (Federal Way, Washington (state) USA) - See all my reviews

I welcome the opportunity to share my perspective as an owner of a SONY SXRD KDS-R60XBR1. I notice that the Amazon.com price has decreased 25% since the item became widely available in October 2005. I obtained mine through a traditional brick and mortar retailer, but believe the associates of Amazon.com can perform just as well. The item performs an excellent job. Once I had the cable card installed by the cable company the performance was outstanding, the best I've ever seen. On standard digital (SD) transimissions such as a 4:3 NTSC 480i HBO thru the cable card, I was wondering why the "16:9 HD" picture was cropped. It was an optical illusion. The clean-up, etc. circuits were that perfect. There are a minimum of 22 adjusts possible on "Pro" view mode. There are many others that only a ISF certified calibration technician with professional equipment should use for greyscale. A few notes about the information on this Amazon.com webpage as of 06 December 2005 --- the mass/weight of the item is about 120 pounds, not 300 pounds. The brightness of the 60" unit is fine in my living room at mid-day with all the lights on and shades open. (My windows face west). Hands down I think it beats the JVC LCOS, any wobulator DLP, and in most situations "all" front projectors (which require ideal conditions). As of December 2005 I have not seen a Hitachi LCOS or LG LCOS, but do not expect them (a first generation product) to be on par with this second generation Sony. (Sony Quallia was first generation). I have heard second hand from folks that have visited the trade show in Las Vegas that the Toshiba/Canon SED will not be price competitive. (Their opinions vary with regrd to performance results of the pre-production SED). If you have not seen a Sony SXRD LCOS 1080P display being feed with a dedicated source, you owe it to yourself. NOTE: Some retailers have Mitsi wobulator DLPs feed one on one by hard drives with true 1080P source. That is a huge advantage compared to a splitter of over-the=-air HDTV signal. But it is not realistic for the average consumer. Before you buy any TV display based on your subject viewing, watch it for 15 minutes and find out the quality of the source feed and how many times it is split upstream of your desired representative product. Bottom line is it looks like JVC low-balled the prices on their LCOS and retailers are cutting (the substantial) margin on the Sony LCOS SXRD to match. Sony is adding a 1000 humans and who knows how many robots in their factory in Pittsburgh, PA, USA to crank these babbies out. If you are a babby boomer, you know the meaning of the Wall Street Journal article of April 2005 that revealed that Sony's business mocel is to re-establish their dominance of the (HD)TV market with the SXRD in the years 2006, 2007 much like the Sony Trinitron made their reputation in the late 1960's. Thank you Sony. I'll report back after my unit is ISF calibrated.

Comment | Permalink | Was this review helpful to

you? Yes No (Report this)

Share your thoughts with other customers:
Create your own review

› **See all 8 customer reviews...**

## Customer Discussions Beta (What's this?)

**New!** See recommended Discussions for You

### This product's forum (0 discussions)

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

Ask questions, Share opinions, Gain insight

**Start a new discussion**

Topic:

### Related forums

projection tvs (4 discussions)

## Product Information from the Amapedia Community Beta (What's this?)

**Be the first person to add an article about this item at Amapedia.com.**

› See featured Amapedia.com articles

## News and Reviews About This Product (What's this?)

**Want to learn more? Check out news articles and reviews about this product.**
(Links not working? Check your pop-up blocker.)

1. **Sound And Vision Magazine: Sony KDS-R60XBR1**
Unless otherwise indicated, all tests were conducted with 1080i-format signals via the TV's HDMI input. Color temperature (Low color temperature ...
› Read full review at www.soundandvisionmag.com

2. **Home Theater: Sony KDS-R60XBR1 LCOS HDTV**
I just can't resist poking fun at Sony's seemingly unending supply of strange and unpronounceable nomenclature. It has no direct ...
› Read full review at www.hometheatermag.com

3. **Ultimate AV: Sony VPL-VW100 SXRD Video Projector Part I**
When our Photo Research PR-650 SpectraScan Colorimeterthe tool we use to calibrate most of the projectors we reviewwent into the ...
› Read full review at www.ultimateavmag.com

<< Previous | Next >>

## Listmania!

The ultimate home theater and gaming setup, 10/2007: A list by Matthew T. Weflen "matthewweflen"

"There Is No Mafia" - Film and TV's Best Organized Crime Stories: A list by TAG469

**Search Listmania!**

GO!

 High Def Entertainment Center List: A list by Terry "The HD doody"

Create a Listmania! list

## So You'd Like to...

have the Ultimate Living Room Experience: A guide by J. Samuels "J. Samuels"

Create a guide

**Search Guides**

## Look for Similar Items by Category

Audio & Video > TVs & HDTVs

Audio & Video > TVs & HDTVs > Projection TVs > LCD Projection TVs

### The World's Smartest Toothbrush

The all-new Oral B Triumph 9900 includes the first visual pressure sensor alert to help reduce hard brushing and prevent gum recession.

› See the SmartGuide

### Shop Amazon Grocery

Stock up on Wonka candy at Amazon Grocery. All items are eligible for free Super Saver Shipping on orders over $25.

### Save $25 on Brands You Love

Save $25 today--plus get FREE Super Saver Shipping--when you spend $59 or more on Planters, Kool-Aid, Back to Nature, and more.

› More Special Offers in Grocery

### Big Rebates on Pro Video

Indie filmmakers and professional videographers will love these big rebates--up to $300 back--on select pro camcorders and gear from Canon and Sony.

ADVERTISEMENT

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)
- Is there any other feedback you would like to provide? **Click here**

**Where's My Stuff?**

Track your recent orders.

View or change your orders in Your Account.

**Shipping & Returns**

See our shipping rates & policies.

Return an item (here's our Returns Policy).

**Need Help?**

Forgot your password? Click here.

Redeem or buy a gift certificate/card.

Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

Sony KDS-R50XBR1 50" Grand Wega SXRD high-definition 1080p rear-projection TV by Sony

**Recent Searches**

r60XBR1 in Electronics
r50XBR1 in All Products

**Customers Who Bought Items in Your Recent History Also Bought:**

**View & edit Your Browsing History**

amazon.com Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System | Advertise With Us

Conditions of Use | Privacy Notice © 1996-2007, Amazon.com, Inc. or its affiliates

# EXHIBIT G

Amazon.com: Sony KDS-R50XBR1 50" Grand Wega SXR... http://www.amazon.com/gp/product/B000BN65NM/sr=8...

Hello. Sign in to get personalized recommendations. New customer? Start here.

Gift-wrap for only 99¢
Hurry--offer

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Certificates | Your Ac

Electronics

Electronics | Browse Brands | Top Sellers | Camera & Photo | Computers & PC Hardware | Audio & Video | Cell Phones & Service | Office Electronics

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

See larger image

See all 2 customer images
Share your own customer images

**Sony KDS-R50XBR1 50" Grand Wega SXRD high-definition 1080p rear-projection TV**
Other products by Sony

(23 customer reviews) | More about this product

**Availability:** Available from **these sellers**.

**1 used & new** available from $2,399.99

**1 used & new** from $2,399.99

See all buying options

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

## Technical Details

- high-definition TV -- receives and decodes digital standard-definition and HDTV signals from over-the-air broadcasts (antenna required) and cable TV service (CableCARD required)
- widescreen 16:9 aspect ratio
- 1080p 3-SXRD light engine (1920 x 1080 pixels)

› See more technical details

## Product Details

Product Manual [3.90mb PDF]

**Product Dimensions:** 124 pounds
**Shipping Weight:** 113 pounds
**ASIN:** B000BN65NM
**Item model number:** KDS-R50XBR1
**Average Customer Review:** (23 customer reviews)
**Amazon.com Sales Rank:** #43,424 in Electronics (See Bestsellers in Electronics)
Popular in these categories: (What's this?)
#15 in Electronics > TVs & HDTVs > HDTVs > **HDTV LCoS Projection TVs**
#29 in Electronics > TVs & HDTVs > HDTVs > **HDTV CRT Projection TVs**
**Date first available at Amazon.com:** April 18, 2005

Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

1 of 8 11/13/2007 01:17 PM

## Product Description

**Product Description**
high-definition TV -- receives and decodes digital standard-definition and HDTV signals from over-the-air broadcasts (antenna required) and cable TV service (CableCARD required) * widescreen 16:9 aspect ratio * 1080p 3-SXRD light engine (1920 x 1080 pixels) *

## Select Accessories for This Item

### Video Cables

**Monster Cable MV2CV-2M Monster Video 2 2-Meter Component Video Cable**
In Stock and eligible for **FREE Super Saver Shipping**.
~~$69.99~~ $41.88

**Monster Cable MV2F-1M Monster Video 2 High Resolution Video Cable with F-pin Connectors (3.28 ft.)**
In Stock and eligible for **FREE Super Saver Shipping**.
$19.99

**Monster Cable MV2F-2M Monster Video 2 High Resolution Video Cable with F-Pin Connectors (6.56 Feet)**
In Stock and eligible for **FREE Super Saver Shipping**.
~~$29.99~~ $26.79

See more Video Cables

### Remote Controls

**Logitech Harmony 1000 Advanced Universal Remote**
In Stock and eligible for **FREE Super Saver Shipping**.
~~$499.99~~ $309.99

**Monster MCC AV100 Activity-based A/V Home Theater Controller**
In Stock from 6ave.
~~$279.95~~ Too low to display

### Power Protection/Filtration

Items selected: 0 | (clear all)

Add selected items to cart

## Customers Who Bought Items Like This Also Bought

**1** 2 3 4

Bacl

Cables To Go - 40315 - 2M (6.5ft) Velocity HDMI Digital Video...
(172) $11.99

OmniMount CCH1B Center Channel Speaker Shelf
(35) $32.41

4-Year Service Plan for Televisions $1,500 to $1,999.99
(10) $279.99

HDMI 2M (6 Feet) Super High Resolution Cable
(229) $2.77

Sony SU- for KDS- KDS-R70

Any Category | Accessories & Supplies | Action & Adventure | Audio & Video | Audio & Video Accessories | Audio Cables | Blu-ray | Blu-ray Disc Players | Cables & Interconnects | Custom Installation | DVD Players | DVD Players & Recorders | HDMI Cables | Home Office Electronics | Monster Cable | Portable DVD Players | Science Fiction & Fantasy | Upconverting DVD Players | Video | Video Cables

## Customers viewing this page may be interested in these Sponsored Links (What's th

Top Rated **1080p** HDTVs
www.smart-review.com High Definition Televisions - Owner Reviews. 2007 Buying Guide.

Get **Sony**'s New VW60 Today
www.IntegrityHomeTheater.com Get Expert Advice & Genuine Service on an Amazing **SXRD** **1080p** Projector

Need a HD Camcorder?
www.MyFreeCamera.net Free 60GB HD Camcorder Hurry Now & Get it 100% Free!

See a problem with these advertisements? Let us know

## Tags customers associate with this product (What's this?)

Click on a tag to find related items, discussions, and people.

tv (3) fun (1) › **See all 9 tags...**
1080p (2) lcos (1)
cool (1) video (1)

**Search Products Tagged with**

GO!

› See most popular Tags

**Your tags: Add your first tag**

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

## Rate this item to improve your recommendations

Sign in to rate this item
I own it

## Customer Reviews

**23 Reviews**

| | |
|---|---|
| 5 star: | (8) |
| 4 star: | (0) |
| 3 star: | (2) |
| 2 star: | (5) |
| 1 star: | (8) |

**Average Customer Review**
(23 customer reviews)

Create your own review

**New!** Amazon has customer video revie

Flip Video Camcorders
(88)
The easiest way to shoot video reviews.

### Most Helpful Customer Reviews

67 of 67 people found the following review helpful:

**Stunning picture quality!**, November 28, 2005

By **G.E.** (Seattle, WA) - See all my reviews

I looked at half a dozen 1080p true HDTVs in October 2005 before settling on the KDS-R50XBR1 (there is also a KDS-R60XBR1 60" big brother to this TV). I am thrilled with the picture quality, especially after fine-tuning the Brightness, Contrast, Picture, and RGB balance settings using the Avia calibration DVD. Especially on true HDTV 1920x1080 sources, this TV has an absolutely outstanding picture! In fact, it's more like watching a film or looking out a window than a mere television picture. The SXRD picture is liquid smooth and silky with no screen door effect or harsh "graininess" you see in competing technologies such as DLP, LCD, and even plasma.

### Most Recent Customer Reviews

**It WAS too good to be true**
When "everyone" (friends, co-workers, consumer reviews) said the Sony Wega SXRD was THE BEST HDTV, I splurged spent $2600 in January 2007 on a KDS-R50BR1 as a retirement gift...
**Read more**
Published 26 days ago by April Elizabeth

**Defective Design, This mod on recall list!!!**
This model and the 60 " version are on the recall list. Stay away from this one. Defective light engine which is the heart of the TV. **Read mo**
Published 1 month ago by M. harris

One important note: If you are debating between the 50" and 60" models, you should know that both models use the same 120 watt bulb. With the 60" model having approximately 20% more screen surface area to light up, that translates to approximately a 20% dimmer picture than the 50 inch model. (If you ask me, it's not a "bright" idea to use the same bulb wattage for two projection TVs of different sizes, but I guess it keeps manufacturing costs down.)

Compare the two models side by side on the same HDTV content (I did) and you'll see a marked difference in the vividness of the whites and bright colors. The KDS-R50XBR1 50" really "pops" (like looking out the window on a sunny day); whereas the KDS-R60XBR1 60" looks merely average in the brightness department (the overall picture is still excellent, just a bit dimmer).

For me, I decided that a smaller screen with a brighter picture was more important than a big screen with a slightly dimmer picture - especially since this TV sits in a daylight room. Hopefully Sony will correct this oversight in a future SXRD model because the 60" picture is considerably more impressive purely from a size perspective.

The pros: Its magnificent picture quality! SXRD is probably the finest picture you can buy for under $12,000. It has advanced picture fine-tuning feature for prosumers. The 50" model has a dazzling bright display that outshines everything I've seen so far.

The cons: The side speakers are relatively weak with no bass response (as one would expect from their diminutive size). They are not detachable, and add a considerable amount of horizontal width to this TV's footprint. They ought to be made detachable or placed beneath the screen instead at the sides. Also, there are only 2 HDMI ports. It is quite conceivable that a person might have 3-4 HDMI devices (Bluray DVD, Playstation 3, Dish Network, Digital Cable, etc.) but most TVs on the market only have 1-2 HDMI ports so this is not unusual. Daytime viewing is generally very good as long as no direct light hits the TV screen; however, projection TVs still don't seem as bright as the old cathode ray tube (CRT) TVs.

Comment | Permalink | Was this review helpful to you? Yes No (Report this)

43 of 43 people found the following review helpful:

**SXRD, best television on the market today**, November 25, 2005

By **The Z Man "Ronnie Z-Man Barzell"** (Los Angeles, CA) - See all my reviews

We ended up purchasing the 50" set as opposed to the stunning 60" set due to limited space in our living room.

Out of the box, the 50" produced the most stunning HDTV images I have ever seen. Nevermind the fact that I cannot pump any 1080p signals, I'm talking 720p and 1080i. Even from my DirecTV HD feed, which is compressed up the wahzoo, it still looks remarkable.

Adjusting the set appropriately (which most casual users won't even need to do) took no time and inputs

**Buyer Beware, Avoid Sony Products.**
I held off for years on buying a large format TV because of the considerable cost. I bought this from Circuit City 14 months ago, and I am getting an ugly green tinge to the... **Read more**
Published 2 months ago by P. CANARIS

**Another SXRD Bites The Du !**
Mine has been going south with the vertical green bar problem for the past couple of months. Green bar(s) growin intensity over time. **Read more**
Published 3 months ago by L. Arthur Lane

**not a long term review**
i had just purchased this tv from bestb on sale $1799, lugged it home, dragge up 2 flights of stairs, hooked up all wir and connections and did the initial setu **Read more**
Published 5 months ago by K. Lee

**Yellow fog**
I have had this TV for about 9 months now, and I have loved every thing abo it. But last night I noticed for the first t the "yellow fog" starting up in the right hand... **Read more**
Published 6 months ago by K. Fortier

**optical engine defect**
Well, we bought our TV in 2/06 and we thrilled with the awsome picture quality Then, 5 months later we had our first experience with the yellowish line dow the right side... **Read more**
Published 6 months ago by J & D

**1080p TV! is that right?**
I purchased SONY KDS-R60XBR1 TV A 2006. It is a bigger size TV which has same functions and capabilities. The T was advertised as 1080p capable. **Read more**
Published 10 months ago by D. Paik

**Optical engine failing on these sets.**
Bought mine in Jan. 2006. I now have infamous yellow stripe of death down t right side of the screen. **Read more**
Published 11 months ago by milehigh

**Would be a perfect rating but...**
I bought my 50" version of this televisi in February of 2006. For 6 months, it w the best picture I had ever seen, and I bragged about my setup to everyone w came over... **Read more**
Published 11 months ago by Robert B. Currence

were a snap. I have a progressive scan DVD player hooked into it and its attempt at upconverting the signals makes watching standard-def DVDs a pleasure. For a real treat, pop on the new transfer of TOY STORY for eye-popping standard resolution.

And let's talk about the price? 3999 for THIS set? THIS TELEVISION? The last HD set I bought was the beautiful yet flawed Loewe 55" and that cost me over 8000 dollars. That was a DLP rear-projection that, until now, was the best RP image I have witnessed.

Anyway, I can go on and on with technical specs, but your best bet is to hit a Sony Store or a high-end electronics store and witness this beauty for yourself. Also, there is a glowing review in the recent Perfect Vision Magazine.

I honestly feel this is the best HD television on the market today. Sony's SXRD technology blows DLP out of the water and if any of you have witnessed the 70" Qualia rear-projection set Sony introduced last year, you can consider this television the "Baby" Qualia, because that's what it is.

Also, the light output is so strong that I can have all the windows open and the lights up and I can still see 90% of the image.

Comment | Permalink | Was this review helpful to you? Yes No (Report this)

7 of 8 people found the following review helpful:

**Beyond Expectations**, January 25, 2006

By **Gerardo Morales** (Los Angeles, CA USA) - See all my reviews
REAL NAME™

I'm not one to get all technical on reviews, so I will simply say that this is the best tv I've ever owned. The picture is stunning and it was well worth the money. I have mine hooked up to the Sony dream system (dav-fx100w) and it is AWESOME! I originally was going to buy another sony hdtv, just because it was more affordable, but I'm glad I paid the extra money for this one. You cannot go wrong with this bad boy. It is the best tv out in the market today.

Comment | Permalink | Was this review helpful to you? Yes No (Report this)

Share your thoughts with other customers:
Create your own review

› **See all 23 customer reviews...**

**Search Customer Reviews**

GO!

Only search this product's reviews

› **See all 23 customer reviews...**

ADVERTISEMENT

## Customer Discussions Beta (What's this?)

**New!** See recommended Discussions for You

### This product's forum (1 discussion)

| Discussion | Replies | Latest Post |
|---|---|---|
| Don't Count Sony Out Yet | 0 | June 2007 |

### Related forums

1080p (9 discussions)
projection tvs (4 discussions)
tv (1 discussion)

› **See all discussions...** Start a new discussion

## Active discussions in related forums

| Discussion | Replies | Latest Post |
|---|---|---|
| **1080p** How do you get letterboxed dvds to fill the screen of an LCD widescreen? | 3 | **1 hour ago** |
| **1080p** panasonic 1080 p plasma vs. samsung lnt4065f | 0 | **3 hours ago** |
| **1080p** what kind of 1080p tv to get | 4 | 1 day ago |
| **1080p** Samsung vs XBR4 | 14 | 2 days ago |
| **1080p** Looking for tv... | 17 | 2 days ago |
| **1080p** Has anyone bought a "cometic blemishes" on main unit from | 0 | 5 days ago |

## Product Information from the Amapedia Community Beta (What's this?)

**Be the first person to add an article about this item at Amapedia.com.**

› See featured Amapedia.com articles

## News and Reviews About This Product (What's this?)

**Want to learn more? Check out news articles and reviews about this product.**
(Links not working? Check your pop-up blocker.)

1. **Sound And Vision Magazine: Sony KDS-R50XBR1 50-inch SXRD HDTV**
Color temperature (Warm/Custom color temperature and Studio mode before/after calibration) Low window (30-IRE): 6,776/6,553 K High window (100-IRE): ...
› Read full review at www.soundandvisionmag.com

2. **Sony KDE-37XS955 Specifications and Sony Plasma Reviews for Sony Plasma TV Displ ...**
The new KDE-37XS955 Sony Plasma WEGA High Definition Television delivers amazing detail and clarity that will change the way you ...
› Read full review at plasmatvbuyingguide.com

3. **Home Theater Magazine: Grand Wega KF-50XBR800 LCD HD Monitor**
Sony insists that I pronounce this TV's name correctly: Wega (Vay-guh). I think Wegg-ah is so much more amusing. Perhaps ...
› Read full review at www.hometheatermag.com

<< Previous | Next >>

## Listmania!

DLP Rear Projection: A list by Home theater revolution

**Search Listmania!** GO!

The ultimate home theater and gaming setup, 10/2007: A list by Matthew T. Weflen "matthewweflen"

HDNA

Sony LCD HDTV: A list by Go-Reviews.com

Create a Listmania! list

## So You'd Like to...

have the Ultimate Living Room Experience: A guide by J. Samuels "J. Samuels"

buy a fantasic TV: A guide by cosmo "failure is always an option"

Decide on Plasma Vs LCD HDTV: A guide by M. M. Konakanchi "Murali"

Create a guide

**Search Guides**

GO!

## Look for Similar Items by Category

Audio & Video > TVs & HDTVs
Audio & Video > TVs & HDTVs > Projection TVs > HDTV CRT Projection TVs
Audio & Video > TVs & HDTVs > Projection TVs > HDTV LCoS Projection TVs

### Pack Your Playlists at Amazon MP3

amazonmp3

With over 2.3 million DRM-free MP3 songs that play on any device, most priced at 89 cents, you're sure to find something you'll love. Shop now for songs and albums at great prices.

### Shop Amazon Grocery

Nerds

Stock up on Wonka candy at Amazon Grocery. All items are eligible for free Super Saver Shipping on orders over $25.

### Save $15 on Frito-Lay Snacks

Lay's

Save $15 today--plus get FREE Super Saver Shipping--when you spend $39 or more on Frito-Lay snacks, including Lay's, Doritos, Ruffles, and many more.

› More Special Offers in Grocery

### Wrap It Up

Stock up on gift wrap and greeting cards. Spend $39 and we'll take an extra $10 off your order.

› Here's how

ADVERTISEMENT

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)
- Is there any other feedback you would like to provide? **Click here**

**Where's My Stuff?**

Track your recent orders.

View or change your orders in Your Account.

**Shipping & Returns**

See our shipping rates & policies.

Return an item (here's our Returns Policy).

**Need Help?**

Forgot your password? Click here.

Redeem or buy a gift certificate/card.

Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recent Searches**

r50XBR1 in All Products

- **View & edit Your Browsing History**

amazon.com Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System | Advertise With Us

Conditions of Use | Privacy Notice © 1996-2007, Amazon.com, Inc. or its affiliates

# EXHIBIT H

## KAMBEREDELSON, LLC Firm Resume

**SCOTT A. KAMBER** is a founding member of KamberEdelson and managing member of its New York office. Mr. Kamber specializes in technology-related litigation and representing individuals and businesses domestically, as well as in complex international matters. Mr. Kamber has an extremely diverse practice before federal and state courts throughout the United States and arbitration panels abroad, with clients ranging from individuals to multinational corporations to classes of consumers and investors. Mr. Kamber and his firm regularly serve in leadership roles in numerous litigations including suits on behalf of shareholders, consumers and private corporations in the United States and abroad. Experienced in law and business, Mr. Kamber has a proven track record of addressing a client's needs in an individualized manner.

Mr. Kamber has served as class counsel in dozens of class actions in state and federal courts throughout the United States. Presently, Mr. Kamber is litigating nationally prominent class actions such as *In re Menu Foods* (D.NJ.); *Johnson et al. v. Microsoft* (W.D.WA); *Elvey et al. v. Ameritrade* (N.D. Cal.); *In re Network Commerce Securities Litigation* (W.D. Wa); *In re ATI HDCP Litigation* (N.D. Cal.); *In re Power Plug Litigation (Hewlett Packard)* (N.D. Cal.); and *In re GM Onstar Litigation* (E.D. Mi.). Mr. Kamber has served as lead counsel and in other leadership roles for numerous class actions that have achieved significant results, including *In re Sony BMG CD Technologies* (ground-breaking settlement providing injunctive relief and refunds to customers who purchased music CD's which could compromise computer security): *Wormley v. GeoCities* (consumer class action for privacy violations that is believed to be the first internet privacy case to recover a benefit for impacted class members); *In re Starlink Growers* (represented sub-class of farmers who grew Starlink in a consolidated settlement of federal class action valued in excess of $100 million); *In re Loch Harris* (derivative action that successfully obtained dissolution of corporation and distribution of assets to shareholders); *In re Command Systems* (securities class action in which participating shareholders recovered over 80% of their losses); and *In re WebTV* (consumer class action for false advertising). In addition to these commercial litigations, Mr. Kamber has been involved in the efforts of African torture victims to bring their persecutors to justice under the Alien Tort Claims Act and has achieved significant decisions for his clients before the United States Court of Appeals for the Second Circuit and the Southern District of New York. One such result, *Cabiri v. Ghana*, 165 F.3d 193 (1999), is a leading Second Circuit case under the Foreign Sovereign Immunities Act.

Mr. Kamber graduated *cum laude* from University of California, Hastings College of the Law in 1991 where he was Order of the Coif, Articles Editor for Hastings Constitutional Law Quarterly and a member of the Moot Court Board. Mr. Kamber graduated with University and Departmental Honors from The Johns Hopkins University in 1986. Mr. Kamber has extensive courtroom experience and has tried over 15 cases to verdict. Prior to founding Kamber & Associates, LLC, Mr. Kamber represented both plaintiffs and defendants in a wide range of commercial litigation. Mr. Kamber is admitted to practice in the State of New York as well as the United States Supreme Court, the United States Court of Appeals for the Second Circuit and Eighth Circuit, and the United States District Courts for the Southern and Eastern Districts of New York. In addition, Mr. Kamber is well-versed in the procedures and practice of numerous arbitration forums, both domestic and international. Prior to practicing law, Mr. Kamber was a financial consultant.

**JAY EDELSON** is a founding member of KamberEdelson. He has served as lead counsel in over 40 class actions, resulting in hundreds of millions of dollars in relief for his clients. His class action cases have established precedent concerning the ownership rights of domain name registrants, the applicability of consumer protection statutes to internet businesses, and the interpretation of numerous life insurance, health insurance, and other state statutes. In February of 2007, the Chicago Sun Times nicknamed Mr. Edelson the "Spam Slammer" after he secured the first settlement of a suit under the Telephone Consumer Protection Act for the

alleged transmission of unsolicited text messages.

Mr. Edelson has been involved in a number of high-profile "mass tort" class and mass actions, including ones against Menu Foods for selling contaminated pet food, Merck for its sale of the prescription pain drug, Vioxx, and suits involving damages arising from second hand smoke.

Mr. Edelson is frequently asked to participate in legal seminars and discussions regarding the cases he is prosecuting. He has also appeared on dozens of television and radio programs to discuss his cases. In April of 2007, Mr. Edelson provided testimony to the Subcommittee on Agriculture Appropriations, Senate Committee on Appropriations, U.S. Senate Hearing on "Pet Food Contamination" in connection with one of the class action cases he is prosecuting. Mr. Edelson consults with the University of Chicago Medical Center and the Pritzker School of Medicine of internet and legal ethics issues.

Mr. Edelson is a 1994 graduate of Brandeis University and a 1996 graduate of the University of Michigan Law School.

**ALAN HIMELFARB** is a member of KamberEdelson. Mr. Himmelfarb was admitted to the practice of law in California in July, 1979. At that time, at the age of 23, he was the youngest member of the California Bar. Within five years, he became managing attorney of a law firm employing six attorneys and a support staff of ten. He specialized in complex litigation, contracts, high technology, foreign licensing, and foreign technology transfers, and practiced before both state and federal courts. In 1988, he took a position overseas as a foreign legal consultant in Asia. In this capacity, he acted as chief negotiator for international sales/service/technical transfer agreements, mediated cross-cultural (Asian--Western) business and governmental interests, evaluated international business/marketing strategies for multinational corporations, drafted and negotiated a full range of international transactional agreements for Korean, European and American corporations and businessmen and marketed legal services to Korean domestic market and international community. In 1992, Mr. Himmelfarb returned to Los Angeles in the capacity of a litigator, with an emphasis on plaintiff's work against banks and other financial institutions. He has been engaged in class action litigation since 1994.

**ETHAN PRESTON** is a member of KamberEdelson. Mr. Preston focuses on consumer technology, and concentrates his practice in antitrust/competition issues and information security issues. Mr. Preston has taken substantial leadership roles in numerous class action lawsuits.

Mr. Preston is admitted to practice before the Northern District of Illinois, the District of New Mexico, and Illinois state courts. Mr. Preston is an inactive member of the New Mexico state bar. Mr. Preston has authored the following law review articles: *Cross-Border Collaboration by Class Counsel in the U.S. and Ontario*, 4 Canadian Class Action Rev. 164 (2007), *The Global Rise of a Duty to Disclose Information Security Breaches*, 22 J. Marshall J. Computer & Info. L. 457 (2004) (with Paul Turner), *Computer Security Publications: Information Economics, Shifting Liability and the First Amendment*, 24 Whittier L. Rev. 71 (2002) (with John Lofton), and *The USA PATRIOT Act: New Adventures in American Extraterritoriality*, 10 J. Fin. Crime 104 (2002). Mr. Preston has lectured on copyright issues at the University of Illinois at Chicago, and on comparative law on attorneys' fees and costs for the Center for International Legal Studies.

Mr. Preston received his Bachelor of Arts degree with honors from the Plan II honors program at the University of Texas at Austin, and his J.D. with distinction from the Georgetown University Law Center in 2001.

**MYLES MCGUIRE** is an associate at KamberEdelson. His practice concentrates, nearly

exclusively, on consumer protection law and class actions. Mr. McGuire currently represents classes in matters involving electronic commerce, cellular telephony and wireless media, among others.

Mr, McGuire graduated from Marquette University Law School in 2000 and is admitted to practice in Wisconsin and Illinois. He is a member of the National Association of Consumer Advocates and the Chicago Bar Association. Prior to working as a plaintiff's attorney, Mr. McGuire spent several years counseling high-tech companies.

**DANA B. RUBIN** is an associate at KamberEdelson focusing her practice on a wide range of class action issues. She graduated with honors from the University of Maryland, College Park in 1993. She received her J.D. in 1999 from Fordham University School of Law, where she was an Associate Editor on the Intellectual Property, Media & Entertainment Law Journal.

Prior to joining KamberEdelson, Ms. Rubin played a role in numerous private and class actions on behalf of shareholders and consumers. Ms. Rubin has also represented both plaintiffs and defendants in employment litigation and civil rights matters. Ms. Rubin is admitted in the State Courts of New York and the United States District Courts for the Southern and Eastern Districts of New York. She is a member of the New York State Bar Association.

**STUART D. WECHSLER** is Of Counsel to KamberEdelson. The efforts of Mr. Wechsler in the area of securities litigation have received considerable judicial comment. U.S. District Court Judge Alvin K. Hellerstein commented in *Doney v. Command Systems*, (98 Civ. 3279), in an opinion dated August 10, 1999, "I don't think it needs my comment to note that, Mr. Wechsler, you are a senior and most respected and most competent member of the securities class action bar. I would take it as a given your hours are worth the rates that you charge and that the hours that you have put in reflect the efficiency with which you work." In a report dated May 23, 1977, in *Bucher v. Shumway*, 76 Civ. 2420 (S.D.N.Y.), United States Magistrate Leonard Bernikow stated that "Stuart Wechsler . . . is a leading expert in securities class action litigation." Mr. Wechsler also led the team of attorneys that successfully prosecuted the class action, *Parklane Hosiery Co., Inc. v. Shore*, 439 U.S. 322 (1979), to a landmark decision in federal civil procedure. He was also the responsible partner in *Van Gemert v. Boeing*, one of the earliest actions maintained as a class action under the then newly amended Federal Rules of Civil Procedure and one of the very few securities class actions ever to go to trial and judgment. Moreover, Mr. Wechsler played an integral role in obtaining a landmark Supreme Court decision in an important phase of that action. *See Van Gemert v. Boeing*, 444 U.S. 472 (1980).

Mr. Wechsler was admitted to the bar 1958, New York; Supreme Court; U.S. Court of Appeals, Second, Third and Fifth Circuits; U.S. District Court, District of Arizona; U.S. District Court, Western District of Michigan. Education: University of Pennsylvania (B.S., 1953); Yale University (J.D., 1955). Editor: "Prosecuting and Defending Stockholder Suits," Practicing Law Institute, Nov., 1973. Author: "The Securities Acts Amendments of 1964," Stock Market Magazine, November, 1964; "Notice to Debenture Holders," The Review of Securities Regulation, April 15, 1976. Chairman: PLI Programs regarding class actions and stockholder suits, 1970-1977, "New Trends in Securities Litigation," 1977-79 and "Exemptions from Registration: Spinoffs-Shells and other Devices," 1970. Faculty Member, Columbia Law School Continuing Education Programs, 1979-1982. Chairman: Practicing Law Institute program, "Stockholder Suits and Class Actions," 1986; University of Virginia seminar, "Trial of a Securities Case," 1989. Lecturer, Panels on Securities Litigation and Class Actions, American Bar Association, 1975; ALI-ABA Study Course, Civil Rico Member, Board of Directors, Concert Artists Guild, 1982-1984. Member, Board of Editors, "Class Action Reports," 1977. Chairman, Securities Law Committee, Federal Bar Council, 1980-1985. Member, Committee on Second Circuit Courts of the Federal Bar Council, 1986. Member: American Bar Association; Federal Bar Council.

**JOHN BLIM** is Of Counsel to KamberEdelson. Mr. Blim is a graduate of Northwestern University School of Law, where he received his J.D. degree *cum laude* in 1994 and was elected to the Order of the Coif. He served as an associate articles editor on the Northwestern University Law Review from 1993 to 1994. Mr. Blim was also a member of the winning team and voted Best Speaker in the law school's moot court competition. From 1994 to 2000, he was a litigation associate at nationally recognized law firms, including Sidley & Austin.

Mr. Blim has published articles in major legal journals, and his writing has been described as "thoughtful commentary" by a leading treatise on constitutional law. Before attending law school, John earned his Ph.D. in English literature from Northwestern University, where he was also a lecturer in the school's English department. State and federal courts have appointed Mr. Blim as class counsel in numerous class action cases collectively benefiting millions of individuals.