Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SONY ELECTRONICS, INC., a Delaware corporation,<br><br>　　　　Defendant. | No. 07cv2126-JM(NLS)<br><br>**DECLARATION OF JOHN RENNINGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND CONDITIONAL CLASS CERTIFICATION**<br><br>Date: January 11, 2008<br>Time: 1:30 p.m.<br>United States District Court<br>Judge Jeffrey T. Miller<br>940 Front Street<br>Courtroom 6, 3rd Floor<br>San Diego, CA 92101 |

Pursuant to 28 U.S.C. § 1746, I, John Renninger, hereby declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge.

2. I purchased a KDS R50XBR1 television ("Television") online from the Dynacoa Company in Hauppauge, New Jersey on December 31, 2005.

3. I understood at the time from the Sony sales literature available to me that I purchased my Television with the "p" in the "1080p" designation indicated a progressive scan resolution that provided a clearer, sharper image than a interlacing scan resolution.

4. This representation led me to believe that the Television could receive a 1080p resolution: if the Television could not receive a 1080p signal, the Television's ability to display a 1080p signal was meaningless.

5. The salespeople at Dynaco did not tell me that the Television did not have any connection that was capable of 1080p resolution, had no way of receiving a 1080p signal, and so could never display a 1080p signal at 1080p resolution.

6. I purchased my Television in reliance on the belief that the Television was capable of both displaying and receiving a 1080p resolution.

7. I discovered my Television did not have a connection capable of receiving a 1080p signal after Jason Demas told me his television could not receive a 1080p signal. I had my son attempt to play his PlayStation 3 on the 1080p setting – and the Television would not accept a 1080p signal or operate on a 1080p signal.

8. The capability of my Television to display a progressive scan resolution was material to me: I would either have not purchased the Television if I knew that it was not capable of progressive scan resolution, or would have purchased it at a lower price.

9. I am an employee of the state of Illinois and a fireman. I am not financially capable of posting more than $1,000 for the injunctive relief in the Motion. I

saved for about a year to purchase the Television.

10. I declare under penalty of perjury, that the foregoing is true and correct.

DATE: November 13, 2007

JOHN RENNINGER

---

Declaration of John Renninger in Support of     3                    No. 07cv2126-JM(NLS)
Motion for Preliminary Injunction
and Conditional Class Certification