NANCY SHER COHEN (Bar No. 81706)
Nancy.Cohen@hellerehrman.com
RONALD A. VALENZUELA (Bar No. 210025)
Ronald.Valenzuela@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: +1.213.689.0200
Facsimile: +1.213.614.1868

Attorneys for Defendant
SONY ELECTRONICS INC.
*Additional Counsel for Parties Joining This Motion Listed on Signature Page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | CV No. 07cv2126-JM(NLS)<br><br>**JOINT MOTION FOR ORDER EXTENDING SONY ELECTRONICS INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>The Honorable Jeffrey T. Miller<br>Courtroom: 6 |

Pursuant to Local Rule 7.2, Plaintiffs Jason Demas and John Renninger and Defendant Sony Electronics Inc. ("SEL"), by and through their respective counsel, hereby submit this Joint Motion for an Order extending SEL's time to respond to the Complaint.

On November 6, 2007, Plaintiffs filed their Complaint in the above-entitled action and subsequently served the Complaint on SEL on November 7, 2007. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), SEL has until November 27, 2007 to answer or otherwise respond to the Complaint.

Plaintiffs' Complaint includes a claim for injunctive relief under California's Consumer Legal Remedies Act ("CLRA"). Plaintiffs' counsel has advised counsel for SEL

that Plaintiffs intend to amend their complaint to include a claim for damages under the CLRA.

The parties agree that good cause exists for extending the deadline for SEL to answer or otherwise respond to the Complaint. An extension will save the parties time and resources by obviating the need for SEL to respond to the Complaint — prior to Plaintiffs filing an amended complaint — only to have that response, and any concomitant briefing, rendered moot by Plaintiffs' subsequent filing of an amended complaint.

Therefore, the parties agree as follows:

- SEL shall have until December 20, 2007 to respond to the Complaint if Plaintiffs have not filed an amended complaint by December 10, 2007;
- Plaintiffs may file an amended complaint up to and including December 10, 2007, but in no event before November 30, 2007; and
- SEL shall have (a) 20 days from the date Plaintiffs serve their amended complaint, or (b) up to and including December 30, 2007, whichever occurs first, to answer or otherwise respond to Plaintiffs' amended complaint.

Accordingly, the parties respectfully request that this Joint Motion be granted.

Respectfully submitted,

DATED: November 21, 2007    HELLER EHRMAN LLP

By ___s/Ronald Valenzuela___
RONALD VALENZUELA
Attorneys for Defendant
SONY ELECTRONICS INC.

DATED: November 21, 2007    KamberEdelson LLC

By ___s/Alan Himmelfarb___
ALAN HIMMELFARB
Attorneys for Plaintiffs

# PROOF OF SERVICE

I, Joanne S. Contino, declare as follows:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is: Heller Ehrman LLP, 333 S. Hope Street, 39th Floor, Los Angeles, California 90071-3043.

On November 26, 2007, I served the following:

**JOINT MOTION FOR ORDER EXTENDING SONY ELECTRONICS INC.'S TIME TO RESPOND TO COMPLAINT**

**(PROPOSED) ORDER EXTENDING DEADLINE FOR SONY ELECTRONICS INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

on the parties to this action by placing true and correct copies in a sealed envelope(s) addressed as follows:

Alan Himmelfarb
KamberEdelson LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
Telephone: (323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KamberEdelson LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
Telephone: (312) 589-6370
epreston@kamberedelson

☐ (BY MAIL). I placed true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☒ (BY ECF NOTIFICATION). I caused the foregoing Joint Motion to be transmitted via the court's electronic email court filing program to the parties listed on the above service list.

☒ (BY ELECTRONIC MAIL) I caused the Proposed Order only to be electronically transmitted as a part of the email sent to the court.

1  ☐   (BY EXPRESS COURIER).  I placed true copies thereof in a sealed **Federal Express** envelope, air bill addressed as shown, for collection and delivery pursuant to the ordinary business practice of this office which is that correspondence for overnight delivery via courier service is collected and deposited with the courier service representative on the same day in the ordinary course of business.

☐   (BY PERSONAL SERVICE).  I caused to be personally delivered the document(s) by hand to the addressee(s) noted above.

☐   (BY FACSIMILE).  At approximately [Transmission Time], by use of facsimile machine, I served a copy of the above documents.  The facsimile machine that I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on November 26, 2007 at Los Angeles, California.

_Joanne S. Contino_
Joanne S. Contino

Heller Ehrman LLP

PROOF OF SERVICE;
CV NO. 07 CV 0592 - (BEN RBB)