NANCY SHER COHEN (Bar No. 81706)
Nancy.Cohen@hellerehrman.com
RONALD A. VALENZUELA (Bar No. 210025)
Ronald.Valenzuela@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: +1.213.689.0200
Facsimile: +1.213.614.1868

Attorneys for Defendant
SONY ELECTRONICS INC.
*Additional Counsel for Parties Joining This Motion Listed on Signature Page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | CV No. 07cv2126-JM(NLS)<br><br>**AMENDED PROOF OF SERVICE**<br><br>The Honorable Jeffrey T. Miller<br>Courtroom: 6 |

Heller Ehrman LLP

AMENDED PROOF OF SERVICE;
CV NO. 07 CV 2126 – JM (NLS)

# PROOF OF SERVICE

I, Joanne S. Contino, declare as follows:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is: Heller Ehrman LLP, 333 S. Hope Street, 39th Floor, Los Angeles, California 90071-3043.

On November 26, 2007, I served the following true and correct copies:

**JOINT MOTION FOR ORDER EXTENDING SONY ELECTRONICS INC.'S TIME TO RESPOND TO COMPLAINT;**

**(PROPOSED) ORDER EXTENDING DEADLINE FOR SONY ELECTRONICS INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; and**

**AMENDED PROOF OF SERVICE**

on the parties to this action by placing true and correct copies in a sealed envelope (s) addressed as follows:

| *Served by ECF Notification with Proposed Order served by Electronic Mail* | *Served By U.S. Mail:* |
|---|---|
| Alan Himmelfarb<br>KamberEdelson LLC<br>2757 Leonis Blvd.<br>Los Angeles, CA 90058<br>Telephone: (323) 585-8696<br>ahimmelfarb@kamberedelson.com | Jay Edelson<br>Ethan Preston<br>KamberEdelson LLC<br>53 West Jackson Ave., Suite 1530<br>Chicago, IL 60604<br>Telephone: (312) 589-6370<br>epreston@kamberedelson.com |

☒ (BY MAIL). I placed true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☒ (BY ECF NOTIFICATION). I caused the foregoing Joint Motion to be transmitted via the court's electronic email court filing program to the parties listed on the above service list.

☒ (BY ELECTRONIC MAIL) I caused the foregoing Proposed Order to be electronically transmitted to the addresses(s) noted above.

☐ (BY EXPRESS COURIER). I placed true copies thereof in a sealed **Federal Express** envelope, air bill addressed as shown, for collection and delivery pursuant to the ordinary business practice of this office which is that correspondence for overnight delivery via courier service is collected and deposited with the courier service representative on the same day in the ordinary course of business.

☐ (BY PERSONAL SERVICE). I caused to be personally delivered the document(s) by hand to the addressee(s) noted above.

☐ (BY FACSIMILE). At approximately [Transmission Time], by use of facsimile machine, I served a copy of the above documents. The facsimile machine that I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed at Los Angeles, California on November 26, 2007.

_Joanne S. Contino_
Joanne S. Contino

AMENDED PROOF OF SERVICE;
CV NO. 07 CV 2126-JM (NLS)