UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendants. | CV No. 07cv2126-JM(NLS)<br><br>**ORDER EXTENDING DEADLINE FOR SONY ELECTRONICS INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>The Honorable Jeffrey T. Miller<br>Courtroom: 16 |

GOOD CAUSE APPEARING, the Parties' Joint Motion for an Order extending Sony Electronics Inc.'s ("SEL") time to respond to the Complaint is GRANTED. SEL shall have until December 20, 2007 to respond to the Complaint, if Plaintiffs have not filed an amended complaint by December 10, 2007. Plaintiffs may file an amended complaint up to and including December 10, 2007, but in no event before November 30, 2007. SEL shall have (a) 20 days from the date Plaintiffs serve their amended complaint, or (b) up to and including December 30, 2007, whichever occurs first, to answer or otherwise respond to Plaintiffs' amended complaint.

IT IS SO ORDERED.
November 27, 2007

_____
Judge of the District Court