NANCY SHER COHEN (Bar No. 81706)
Nancy.Cohen@hellerehrman.com
RONALD A. VALENZUELA (Bar No. 210025)
Ronald.Valenzuela@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: +1.213.689.0200
Facsimile: +1.213.614.1868

Attorneys for Defendant
SONY ELECTRONICS INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | CV No. 07cv2126-JM(NLS)<br><br>**SONY ELECTRONICS INC.'S NOTICE OF RELATED CASES**<br><br>The Honorable Jeffrey T. Miller<br>Courtroom: 6 |

<u>**Notice of Related Cases**</u>

Pursuant to Local Rule 40.1(e), defendant Sony Electronics Inc. ("SEL") hereby gives notice of the following related cases:

- *Date v. Sony Electronics Inc.*, U.S. District Court Case No. 07cv0592 BEN (RBB), filed November 6, 2007 in the United States District Court for the Southern District of California ("*Date*").
- *Handler v. Sony Electronics Inc.*, U.S. District Court Case No. 07cv05212-RGK (JCx), filed August 21, 2007 in the United States District Court for the Central District of California ("*Handler*").

...

## Brief Statement of Relationship of Cases

Like this case, both *Date* and *Handler* are class-action complaints filed against SEL. The named plaintiffs in each case generally allege that certain Sony-brand model televisions will not accept a specific video signal, contrary to purported representations by certain parties, including SEL.

SEL believes that assigning this case to the same judge presiding over *Date* would promote judicial economy because, although each case presents unique, independent, factual and legal issues, the cases are pending in this District, involve the same Sony-brand televisions, and SEL is represented by the same counsel in both cases.

Assigning *Handler* to the same court as *Date* and *Demas* is neither warranted nor necessary at this time as the *Handler* case has been filed in a separate district and presents unique, independent, factual and legal issues. Moreover, assigning *Handler* to the same court as *Date* and *Demas* would first require its transfer from the Central District of California, which no party has requested, and which would require an opportunity for the parties thereto to brief and be heard regarding any such contemplated transfer.

DATED: December 3, 2007             Respectfully submitted,

                                            HELLER EHRMAN LLP


                                            By s/Ronald A Valenzuela_____
                                               RONALD VALENZUELA
                                               Attorneys for Defendant
                                               SONY ELECTRONICS INC.

# PROOF OF SERVICE BY MAIL

I, Sharon Y. Fung, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 South Hope Street, 39th Floor, Los Angeles, CA 90071-3043. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On December 3, 2007, I served the following:

**SONY ELECTRONICS INC.'S NOTICE OF RELATED CASES**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

**SEE ATTACHED SERVICE LISTS FOR CASES LISTED BELOW**

*Demas, et al. v. Sony Electronics*,
USDC Southern District, Case No. 07cv2126-JM(NLS)

☒ (BY ECF NOTIFICATION). Additionally, I caused the foregoing Notice of Related Cases to be transmitted via the court's electronic email court filing program to the parties listed on the above-referenced service list.

*Date, et al. v. Sony Electronics, Inc.*
USDC Southern District, Case No. 07cv0592 - BEN (RBB)

*Handler, et al. v. Sony Electronics, Inc.*
USDC Central District, Case No. CV 07-05212 RGK (JCx)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed at Los Angeles, California on December 3, 2007.

_____
Sharon Y. Fung

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SERVICE LIST
*Date, et al. v. Sony Electronics*
USDC Southern District, Case No. 07cv0592 - BEN (RBB)

Alan Mansfield                                    **ATTORNEYS FOR PLAINTIFF**
John Hanson
Rosner & Mansfield, LLP
10085 Carroll Canyon Road
First Floor
San Diego, CA  92131
Telephone:  (858) 348-1005

Lance A. Raphael
The Consumer Advocacy Center, P.C.
180 West Washington Street
Suite 700
Chicago, IL  60602
Telephone:  (312) 7878-580

SERVICE LIST
*Handler, et al. v. Sony Electronics*
USDC Central District, Case No. CV 07-05212-RGK (JCx)

| | |
|---|---|
| BRIAN S. KABATECK<br>RICHARD L. KELLNER<br>ALFREDO TORRIJOS<br>**KABATECK BROWN<br>  KELLNER LLP**<br>644 South Figueroa Street<br>Los Angeles, CA  90017 | **ATTORNEYS FOR<br>PLAINTIFF AND PROPOSED<br>CLASS**<br><br>bsk@kbklawyers.com<br>rlk@krklawyers.com<br>at@kbklawyers.com<br>Telephone:  (213) 217-5000<br>Facsimile:  (213) 217-5010 |
| GREGORY E. KELLER<br>DARREN T. KAPLAN<br>**CHITWOOD HARLEY<br>  HARNES LLP**<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, GA  30309 | gkeller@chitwoodlaw.com<br>dkaplan@chitwoodlaw.com<br>Telephone:  (404) 873-3900<br>Facsimile:  (404) 876-4476 |

SERVICE LIST
*Demas, et al. v. Sony Electronics*
USDC Southern District, Case No. 07cv2126-JM(NLS)

Alan Himmelfarb
KamberEdelson LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
Telephone: (323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KamberEdelson LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
Telephone: (312) 589-6370
epreston@kamberedelson.com

**ATTORNEYS FOR PLAINTIFF**