NANCY SHER COHEN (Bar No. 81706)
Nancy.Cohen@hellerehrman.com
RONALD A. VALENZUELA (Bar No. 210025)
Ronald.Valenzuela@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: +1.213.689.0200
Facsimile: +1.213.614.1868

Attorneys for Defendant
SONY ELECTRONICS INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | Case No. 07cv2126 - BEN (RBB)<br><br>**SONY ELECTRONICS INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>The Honorable Roger T. Benitez<br>Courtroom: 3<br>Date: February 11, 2008<br>Time: 10:30 a.m. |

NOTICE IS HEREBY GIVEN that on February 11, 2007 at 10:30 a.m., or as soon thereafter as counsel may be heard by the Honorable Roger T. Benitez, in Courtroom 3 of the United States District Court, located at 940 Front Street, San Diego, California 92101, defendant Sony Electronics Inc. ("SEL") will and hereby does move for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing plaintiffs' First Amended Complaint in its entirety on the ground that plaintiffs have failed to state a claim for relief against SEL for the following reason:

The allegations of plaintiffs' First Amended Complaint are insufficient to state a

cause of action under California's consumer protection laws – the Unfair Competition Law and Consumer Legal Remedies Act – because both Demas and Renninger allege they are Illinois residents whose injury occurred entirely outside of California.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

December 28, 2007                    HELLER EHRMAN LLP


By s/Ronald A. Valenzuela
   Nancy Sher Cohen
   Ronald A. Valenzuela
   Attorneys for Defendant
   SONY ELECTRONICS INC.