NANCY SHER COHEN (Bar No. 81706)
Nancy.Cohen@HellerEhrman.com
RONALD A. VALENZUELA (Bar No. 210025)
Ronald.Valenzuela@HellerEhrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: +1.213.689.0200
Facsimile: +1.213.614.1868

Attorneys for Defendant
SONY ELECTRONICS INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalf and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>SONY ELECTRONICS INC.,<br><br><br>                              Defendant. | Case No. 07cv2126 - BEN (RBB)<br><br>**SONY ELECTRONICS INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>The Honorable Roger T. Benitez<br>Courtroom:  3 |

# NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, Defendant Sony Electronics Inc., through its attorneys, declares that it is a wholly-owned subsidiary of SEL Holdings, Inc., which is a wholly-owned subsidiary of Sony Corporation of America.

DATED: December 28, 2007

Respectfully submitted,

HELLER EHRMAN LLP

By s/Ronald A. Valenzuela
    RONALD A. VALENZUELA
    Attorneys for Defendant
    SONY ELECTRONICS INC.

SONY ELECTRONICS INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST
CASE NO. 07cv2126 – BEN (RBB)