```
 1  NANCY SHER COHEN (Bar No. 81706)
    Nancy.Cohen@hellerehrman.com
 2  RONALD A. VALENZUELA (Bar No. 210025)
    Ronald.Valenzuela@hellerehrman.com
 3  HELLER EHRMAN LLP
    333 South Hope Street, 39th Floor
 4  Los Angeles, CA 90071-3043
    Telephone: +1.213.689.0200
 5  Facsimile: +1.213.614.1868
 6
    Attorneys for Defendant
 7  SONY ELECTRONICS INC.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SONY ELECTRONICS INC.,<br><br>　　　　　　　　　Defendant. | CV No. 07cv2126-BEN (RBB)<br><br>**PROOF OF SERVICE OF SONY'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>The Honorable Roger T. Benitez<br>Courtroom: 3<br>Date: February 11, 2008<br>Time: 10:30 a.m. |

Heller
Ehrman LLP

PROOF OF SERVICE
CV NO. 07 CV 2126 – BEN (RBB)

# PROOF OF SERVICE

I, Sharon Y. Fung, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 South Hope Street, 39th Floor, Los Angeles, CA 90071-3043. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On December 28, 2007, I served the following true and correct copies:

1. **SONY ELECTRONICS INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST; and**

2. **PROOF OF SERVICE**

on the parties to this action by placing true and correct copies in a sealed envelope (s) addressed as follows:

| | |
|---|---|
| Alan Himmelfarb<br>KamberEdelson LLC<br>2757 Leonis Blvd.<br>Los Angeles, CA 90058<br>Telephone: (323) 585-8696<br>ahimmelfarb@kamberedelson.com | Jay Edelson<br>Ethan Preston<br>KamberEdelson LLC<br>53 West Jackson Ave., Suite 1530<br>Chicago, IL 60604<br>Telephone: (312) 589-6370<br>epreston@kamberedelson.com |

☒ (BY MAIL). I placed true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☒ (BY ECF NOTIFICATION). I also caused the foregoing documents to be transmitted via the court's electronic email court filing program to the parties listed on the above service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Heller Ehrman LLP

PROOF OF SERVICE
CV NO. 07 CV 2126 – BEN (RBB)

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed at Los Angeles, California on December 28, 2007.

_____
Sharon Y. Fung