07cv2126 JM

## BEFORE THE JUDICAL PANEL ON
## MULTIDISTRICT LITGTION

| | |
|---|---|
| In Re Sony 1080p Television Marketing Litigation | MDL Docket No.<br><br>**AMENDED CERTIFICATE OF SERVICE FOR THE REVISED SCHEDULE AND SUPPLEMENT** |

**FILED**
JAN 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of the *Demas* Revised Schedule and Supplement, dated December 28, 2007, was served upon the following parties by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows on January 3, 2008:

Nancy Sher Cohen
Ronald A Valenzuela
Heller Ehrman LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90017

*Attorneys for Sony Electronics, Inc. and ABC Warehouse*

Clerk of the Court
United States District Court
Central District of California
Office of the Clerk
312 North Spring Street
Los Angeles, CA 90012

Clerk of the Court
United States District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

Clerk of the Court
United States District Court
Eastern District of Michigan
Clerk's Office
Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard, Room 564
Detroit, MI 48226

Hallen D. Rosner
Rosner Law Offices
2643 Fourth Avenue
San Diego, CA 92103

*Attorneys for David Date, Jr.*

Alfredo Torrijos
Brian Kabateck
Richard Kellner
Kabateck Brown Kellner
644 South Figueroa Street
Los Angeles, CA 90017

Darren Kaplan
Gregory Keller
Chitwood Harley Harnes
1230 Peachtree Street, Suite 2300
Atlanta, GA 30309

*Attorneys for Elliot Handler*

I also certify that the Clerk of the Court for the Eastern District of Michigan was served with the *Demas* Plaintiffs' original Motion and supporting Memorandum by placing a copy of the same in the United States Mail, postage prepaid, and sent to the address above on January 3, 2008.

I certify the *Demas* Plaintiffs' December 28, 2007 Certificate of Service was in error, because that service of the attached documents was not made that day due to a clerical error. The erroneous December 28, 2007 Certificate of Service was inadvertently included in the *Demas* Plaintiffs' Revised Schedule and Supplement, dated December 28, 2007.

Date:       January 4, 2008                        By: _____
                                                        GREG MANGRUM