Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS, INC., a Delaware corporation,<br><br>Defendant. | No. 07cv2126-BEN(RBB)<br><br>**CERTIFICATE OF SERVICE FOR PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date: February 11, 2008<br>Time: 10:30 a.m.<br>United States District Court<br>Judge Roger T. Benitez<br>19 940 Front Street<br>Courtroom 3<br>San Diego, CA 92101 |

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C.§ 1746, I hereby certify that I served Plaintiffs' Opposition to Defendant's Motion to Dismiss in the foregoing case upon the parties listed below by causing the foregoing document to be transmitted to the Electronic Filing System in the manner prescribed by the Court's Administrative Policies and Procedures Manual on January 22, 2008, and likewise caused this Certificate of Service to be served on the parties listed below in a similar manner on January 23, 2008:

Ronald A Valenzuela
Heller Ehrman LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90017

*Attorneys for Sony Electronics, Inc.*

Date:             January 23, 2008

By: s/Ethan Preston
ETHAN PRESTON