NANCY SHER COHEN (Bar No. 81706)
Nancy.Cohen@hellerehrman.com
RONALD A. VALENZUELA (Bar No. 210025)
Ronald.Valenzuela@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: +1.213.689.0200
Facsimile: +1.213.614.1868

Attorneys for Defendant
SONY ELECTRONICS INC.
*Additional Counsel for Parties Joining This Motion Listed on Signature Page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | CV No. 07cv2126-JM(RBB)<br><br>**JOINT MOTION FOR ORDER SETTING THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION FOR MARCH 24, 2008**<br><br>The Honorable Robert T. Benitez<br>Courtroom: 3 |

Pursuant to Local Rule 7.1(g)(2), Plaintiffs Jason Demas and John Renninger and Defendant Sony Electronics Inc. ("Sony Electronics"), by and through their respective counsel, hereby submit this Joint Motion for an Order re-setting the hearing on Plaintiffs' pending Motion For Preliminary Injunction And Class Certification (the "Motion").

Plaintiffs filed their Motion on November 15, 2007, noticing it for hearing on January 11, 2008. This case was subsequently transferred to this Court from the Honorable Jeffrey T. Miller, and the Court rescheduled the hearing, setting it for February 11, 2008. Sony Electronics has not yet filed its Opposition to the Motion.

1  For the past several weeks, Plaintiffs and Sony Electronics have been discussing
2  ways to avoid the need for the Court's intervention on the issues raised by the Motion, and
3  wish to continue those discussions. Hearing the Motion at a later date would give the
4  parties more time to continue their discussions and could lead to Plaintiffs withdrawing the
5  Motion, which would conserve judicial resources and obviate the need for the parties to
6  spend any additional time and resources briefing and arguing the Motion.

7  Accordingly, the parties agree that good cause exists for rescheduling the hearing on
8  the Motion and further agree as follows:

- If the Court determines that oral argument would assist it in deciding Plaintiffs' Motion, the Motion should be heard on March 24, 2008, or as soon thereafter as the matter may be heard by the Court; and
- Sony Electronics' Opposition, and Plaintiffs' Reply Brief shall be filed and served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

The parties respectfully request that this Joint Motion be granted.

Respectfully submitted,

DATED: February 1, 2008       HELLER EHRMAN LLP

By s/ Ronald Valenzuela
    RONALD VALENZUELA
    Attorneys for Defendant
    SONY ELECTRONICS INC.

DATED: February 1, 2008       KamberEdelson LLC

By _____
    ALAN HIMMELFARB
    Attorneys for Plaintiffs

For the past several weeks, Plaintiffs and Sony Electronics have been discussing ways to avoid the need for the Court's intervention on the issues raised by the Motion, and wish to continue those discussions. Hearing the Motion at a later date would give the parties more time to continue their discussions and could lead to Plaintiffs withdrawing the Motion, which would conserve judicial resources and obviate the need for the parties to spend any additional time and resources briefing and arguing the Motion.

Accordingly, the parties agree that good cause exists for rescheduling the hearing on the Motion and further agree as follows:

- If the Court determines that oral argument would assist it in deciding Plaintiffs' Motion, the Motion should be heard on March 24, 2008, or as soon thereafter as the matter may be heard by the Court; and
- Sony Electronics' Opposition, and Plaintiffs' Reply Brief shall be filed and served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

The parties respectfully request that this Joint Motion be granted.

DATED: February 1, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By _____
RONALD VALENZUELA
Attorneys for Defendant
SONY ELECTRONICS INC.

DATED: February 1, 2008

KamberEdelson LLC

By _____
ALAN HIMMELFARB
Attorneys for Plaintiffs