UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | CV No. 07cv2126 - BEN (RBB)<br><br>**ORDER SETTING THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION FOR MARCH 24, 2008**<br><br>The Honorable Roger T. Benitez<br>Courtroom: 3 |

GOOD CAUSE APPEARING, the Parties' Joint Motion for an Order Resetting the hearings on Plaintiffs' Motion for Preliminary Injunction and Class Certification is GRANTED. The Motion shall be heard on Monday, March 24, 2008 at 10:30 a.m.

IT IS SO ORDERED.

February 4, 2008
Date

_____
ROGER T. BENITEZ
Judge of the District Court