Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS, INC., a Delaware corporation,<br><br>Defendant. | No. 07cv2126-BEN(RBB)<br><br>**NOTICE OF CHANGE OF ADDRESS, CHANGE OF FIRM** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTE THAT**, effective immediately, the Chicago office of KamberEdelson, LLC has changed its address. The new address is:

>KAMBEREDELSON LLC
>53 West Jackson Ave., Suite 550
>Chicago, IL 60604

Please use the new address in all correspondence and other documents. Also, the Law Offices of Alan Himmelfarb has changed its name to KAMBEREDELSON LLC and is now the Los Angeles office of KAMBEREDELSON LLC. The address and other contact information remain the same.

Dated: February 29, 2008

By: s/Ethan Preston

Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604

*Attorneys for John Lofton*

Certificate of Service     No. 07cv2126-BEN(RBB)

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C.§ 1746, I hereby certify that I served Plaintiffs' Notice of Change of Address in the foregoing case upon the parties listed below by causing the foregoing document to be transmitted to the Electronic Filing System in the manner prescribed by the Court's Administrative Policies and Procedures Manual on February 29, 2008:

Ronald A Valenzuela
Heller Ehrman LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90017

*Attorneys for Sony Electronics, Inc.*

Date:          February 29, 2008

By: s/Ethan Preston
    ETHAN PRESTON