UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | CV No. 07cv2126 - BEN (RBB)<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION TO APRIL 28, 2008**<br><br>**[Doc. # 27]**<br><br>The Honorable Roger T. Benitez<br>Courtroom: 3 |

GOOD CAUSE APPEARING, the Parties' Joint Motion for an Order Resetting the hearings on Plaintiffs' Motions for Preliminary Injunction and Class Certification is **GRANTED.** The parties are currently trying to resolve the issues raised by the motions out-of-court. The Motions shall be heard on Monday, **April 28, 2008**, at **10:30 a.m.** The briefing schedule is adjusted accordingly, in compliance with the Local Rules.

IT IS SO ORDERED.

March 5, 2008
Date

ROGER T. BENITEZ
United States District Judge