MDL DOCKET NO. 1929

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN **MARCH 10, 2008**

TO: Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

FILED MAR 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

07 CV 2126

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

**X** This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

___ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

___ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

3/7/08         Ethan Preston         [signature]
Date           Name                  Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

Jason Demers and John Renninger
Southern District of California
No 3:07-cv-02126-BEN (RBB)

Name and Address of Attorney Designated to Present Oral Argument:

Scott Kamber
Kamber Edelson LLC
11 Broadway, 22nd Fl
New York, NY 10004

Telephone No.: (212) 920-3072

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. ***THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.***

JPML Form 9 (4/01)

BEFORE THE JUDICAL PANEL ON
MULTIDISTRICT LITGTION

| | |
|---|---|
| In Re Sony 1080p Television Marketing Litigation | MDL Docket No. 1929<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to 28 U.S.C.§ 1746, I hereby certify that I caused a copy of the *Demas* Plaintiffs' Notice of Presentation or Waiver of Oral Argument, dated March 7, 2008, to be served upon the following parties by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows on March 10, 2008:

Nancy Sher Cohen
Ronald A Valenzuela
Heller Ehrman LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90017

*Attorneys for Sony Electronics, Inc. and ABC Warehouse*

Clerk of the Court
United States District Court
Central District of California
Office of the Clerk
312 North Spring Street
Los Angeles, CA 90012

Clerk of the Court
United States District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

Clerk of the Court
United States District Court
Eastern District of Michigan
Clerk's Office
Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard, Room 564
Detroit, MI 48226

Hallen D. Rosner
Rosner Law Offices
2643 Fourth Avenue
San Diego, CA 92103

*Attorneys for David Date, Jr.*

Alfredo Torrijos
Brian Kabateck
Richard Kellner
Kabateck Brown Kellner
644 South Figueroa Street
Los Angeles, CA 90017

Darren Kaplan
Gregory Keller
Chitwood Harley Harnes
1230 Peachtree Street, Suite 2300
Atlanta, GA 30309

*Attorneys for Elliot Handler*

Date:        March 8, 2008

By:_____
ETHAN PRESTON