THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN **MARCH 10, 2008**

TO:   Clerk of the Panel
      U.S. Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

FILED
M   2008
CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

07cv2126 BEN(RBB)

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 3/10/08 | Alan M. Mansfield | _signature_ |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:

```
David Date, Jr. - Plaintiff
Eastern District of Michigan, So. Div., Case No. 07cv15474-PDB (RSW)
```

Name and Address of Attorney Designated to Present Oral Argument:

```
Lance A. Raphael
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
```

Telephone No.: (312) 782-5805

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

## BEFORE THE JUDICIAL PANEL ON MULDISTRICT LITIGATION

| | |
|---|---|
| In Re: Sony 1080p Resolution Television ) <br> Marketing and Sales Practice Litigation ) <br> ) <br> ) <br> ) <br> _____ ) | **MDL No. 1929** <br><br> **CERTIFICATE OF SERVICE** |

      Pursuant to 28 U.S.C. §1746, I hereby certify that a copy of the foregoing Notice of Presentation or Waiver of Oral Argument pursuant to 28 U.S.C. §1407 for Consolidated Pretrial Proceedings was served upon the following parties by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known addresses as follows:

| | |
|---|---|
| Nancy Sher Cohen, Esq. <br> Nancy.Cohen@hellerehrman.com <br> Ronald A. Valenzuela, Esq. <br> Ronald.Valenzuela@hellerehrman.com <br> HELLER EHRMAN, LLP <br> 333 South Hope Street, 39th Floor <br> Los Angeles, CA 90017 <br> Tel: (213) 689-0200 <br> Fax: (213) 614-1868 | Attorneys for Defendants SONY ELECTRONICS, INC. and ABC APPLICANCE, INC. |
| Darren T. Kaplan, Esq. <br> dkaplan@chitwoodlaw.com <br> CHITWOOD HARLEY HARNES <br> 1230 Peachtree Street, Suite 2300 <br> Atlanta, GA 30309 <br> Tel: (404) 873-3900 <br> Fax: (404) 876-4476 | Attorneys for Plaintiffs in *Handler v. Sony* |
| Brian S. Kabateck, Esq. <br> Richard L. Kellner, Esq. <br> Alfredo Torrijos, Esq. <br> KABATECK BROWN KELLNER, LLP <br> 644 South Figueroa Street <br> Los Angeles, CA 90017 | |
| Ethan Preston, Esq. <br> epreston@kamberedelson.com <br> KAMBEREDELSON LLC <br> 53 West Jackson Ave., Suite 1530 <br> Chicago, IL 60604 <br> Tel: (312) 589-6370 | Attorneys for Plaintiffs in *Demas v. Sony* |

Alan Himmelfarb, Esq.
consumerlaw1@earthlink.net
Law Offices of Alan Himmelfarb
2757 Leonis Blvd.
Los Angeles, CA 90058
Tel: (323) 585-8696
Fax: (323) 585-8198

THE CONSUMER ADVOCACY CENTER, P.C.
Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
allison@caclawyers.com
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5805

Co-Counsel for Plaintiff DAVID DATE, JR.

| | |
|---|---|
| Clerk of the Court<br>United States District Court<br>Central District of California<br>312 North Spring Street<br>Los Angeles, CA 90012 | Case No. 2:07-5212 |
| Clerk of the Court<br>United States District Court<br>Southern District of California<br>880 Front Street, Suite 4290<br>San Diego, CA 92101-8900 | Case No. 3:07-2126 (*Demas*)<br>07cv0592 (*Date*) |
| Clerk of the Court<br>United States District Court<br>Eastern District of Michigan<br>Southern Division<br>Theodore Levin U.S. Courthouse<br>231 West Lafayette Blvd., Rm 564<br>Detroit, MI 48226 | Case No. 07cv15474 PDB (RSW) |

DATED: March 10, 2008                              _____
                                                                    SALLY CORMIER