

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Sony 1080p Television Marketing Litigation | MDL Docket No. 1929 |

07 CV 2126 BEN(RBB)

## NOTICE OF CLASS-WIDE SETTLEMENT OF ACTION SUBJECT TO MDL PROCEEDING NO. 1929 AND NOTICE OF APPEARANCE OF COUNSEL FOR SONY ELECTRONICS INC. AT MARCH 24, 2008 HEARING

Pursuant to Rule of Procedure of the Judicial Panel on Multidistrict Litigation 7.2(f), Sony Electronics Inc. hereby notifies the Panel of a class-wide settlement in one of the actions subject to MDL Proceeding No. 1929.

On March 12, 2008, the parties in *Date v. Sony Electronics Inc., et al.*, Case No. 07cv15474, currently pending in the District Court for the Eastern District of Michigan, formalized a settlement of that lawsuit on a class-wide basis, and submitted the proposed settlement to the Honorable Paul D. Borman, Judge of the District Court, Eastern District of Michigan for preliminary approval. Judge Borman has scheduled a preliminary approval hearing for March 17, 2008. The proposed settlement class encompasses the named plaintiffs, and the classes and claims alleged, in the other actions that are the subject of MDL Proceeding No. 1929:

- *Handler v. Sony Electronics Inc.*, Case No. 07cv05212, District Court for the Central District of California; and
- *Demas v. Sony Electronics Inc.*, Case No. 07cv2126, District Court for the Southern District of California.

Because the settlement reached in *Date*, if approved, would apply to the parties in all of the actions that are subject to MDL Proceeding No. 1929, the Panel need not decide the pending Request For Transfer before it. The rights of all putative class members under the proposed settlement will be adjudicated by Judge Borman through the settlement approval process. Accordingly, SEL respectfully submits that the March 27 hearing on the pending Request should be vacated and the Request denied, or, in the alternative, the matter be continued for six months to provide the District Court for the Eastern District of Michigan the opportunity to rule upon the appropriateness of the proposed settlement.

Should the Panel decide to conduct the scheduled hearing on March 27, 2008, counsel for Sony Electronics Inc. intends to appear to provide any information

concerning the impact of the proposed settlement on these proceedings that the Panel may request.

DATED: March 12, 2008

HELLER EHRMAN LLP

By: _____
Nancy Sher Cohen
HELLER EHRMAN LLP
333 S. Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: (213) 689-0200
Facsimile: (213) 614-1868
Nancy.Cohen@hellerehrman.com

Attorneys for Sony Electronics Inc.

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Sony 1080p Resolution Television Marketing and Sales Practice Litigation | MDL No. 1929<br><br>**CERTIFICATE OF SERVICE** |

     Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of the foregoing Notice of Class-Wide Settlement of Action Subject to MDL Proceeding No. 1929 and Notice of Appearance of Counsel for Sony Electronics Inc. at March 24, 2008 Hearing was served upon the following parties in this action by placing true copies thereof in a sealed Federal Express envelope, airbill addressed as shown, for collection and delivery pursuant to the ordinary business practice of this office, which is that correspondence for overnight delivery via courier service is collected and deposited with the courier service representative on the same day in the ordinary course of business:

| | |
|---|---|
| Alan Mansfield, Esq.<br>John Hanson, Esq.<br>ROSNER & MANSFIELD, LLP<br>10085 Carroll Canyon Road<br>First Floor<br>San Diego, CA 92131 | Attorneys for Plaintiff David Date, Jr. |
| Lance A. Raphael, Esq.<br>THE CONSUMER ADVOCACY CENTER, P.C.<br>180 West Washington Street<br>Suite 700<br>Chicago, IL 60602 | |
| Brian S. Kabateck, Esq.<br>Richard L. Kellner, Esq.<br>Alfredo Torrijos, Esq.<br>Kabateck Brown Kellner LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90017 | Attorneys for Elliot Handler, Esq. |

| | |
|---|---|
| Gregory E. Keller, Esq.<br>Darren T. Kaplan, Esq.<br>Chitwood Harley Harnes LLP<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309 | |
| Alan Himmelfarb, Esq.<br>KamberEdelson LLC<br>2757 Leonis Boulevard<br>Los Angeles, CA 90058 | Attorneys for Jason Demas and John Renninger |
| Jay Edelson, Esq.<br>Ethan Preston, Esq.<br>KamberEdelson LLC<br>53 West Jackson Avenue, Suite 550<br>Chicago, IL 60604 | |

Clerk of the Court
United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012

Clerk of the Court
United States District Court
Southern District of California
880 Front Street
Suite 4290
San Diego, CA 92101-8900

Clerk of the Court
United States District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Room 564
Detroit, MI 48226


Date: March 12, 2008                          By: _____
                                                    Sharon Y. Fung