MDL DOCKET NO. 1929     THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN **MARCH 10, 2008**

TO:     Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

FILED
14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

07-CV2126

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__     This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____     This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____     This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 3/10/2008 | Brian S. Kabateck | [signature] |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:

Elliot Handler v. Sony Electronics, Inc., C.A. No. 2:07-5212

Name and Address of Attorney Designated to Present Oral Argument:

Brian S. Kabateck, Esq.
**Kabateck Brown Kellner LLP**
644 South Figueroa Street
Los Angeles, CA 90017

Telephone No.: 213-217-5000

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Sony 1080p Resolution Television Marketing and Sales Practice Litigation | MDL No. 1929<br><br>CERTIFICATE OF SERVICE |

      Pursuant to 28 U.S.C. 5 1746, I hereby certify that a copy of the foregoing Notice of Presentation or Waiver of Oral Argument Pursuant to 28 U.S.C. 5 1407 for Consolidated Pretrial Proceedings was served upon the following parties by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Alan Mansfield, Esq.  
John Hanson, Esq.  
**Rosner & Mansfield, LLP**  
10085 Carroll Canyon Road  
First Floor  
San Diego, CA 92131  
                                                       Attorneys for Plaintiff David Date, Jr.

Lance A. Raphael, Esq.  
**The Consumer Advocacy Center, P.C.**  
180 West Washington Street, Suite 700  
Chicago, IL 60602

Alan Himmelfarb, Esq.  
**KamberEdelson LLC**  
2757 Leonis Boulevard  
Los Angeles, CA 90058  
                                                       Attorneys for Plaintiffs Jason Demas and John Renninger

Jay Edelson, Esq.  
Ethan Preston, Esq.  
**KamberEdelson LLC**  
53 West Jackson Avenue, Suite 1530  
Chicago, IL 60604

Ronald A. Valenzuela, Esq.  
**Heller Ehrman LLP**  
333 S. Hope Street, 39th Floor  
Los Angeles, CA 90071-3043  
                                                       Attorneys for Defendants ABC Appliance, Inc. and Sony Electronics Inc.

Clerk of the Court
United States District Court
Central District of California
3 12 North Spring Street
Los Angeles, CA 90012

Clerk of the Court
United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101-8900

Clerk of the Court
United States District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard, Room 564
Detroit, MI 48226

Date:   March 10, 2008                    By: _____
                                              Lori A. Smith