# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax:  [202] 502-2888<br>http://www.jpml.uscourts.gov |

March 18, 2008



TO CLERKS OF THE FOLLOWING U. S. DISTRICT COURTS:

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DISTRICT OF CALIFORNIA
EASTERN DISTRICT OF MICHIGAN

MDL No. 1929 -- IN RE: Sony 1080p Resolution Television Marketing and Sales Practices Litigation

    Elliot Handler v. Sony Electronics, Inc., C.D. California, C.A. No. 2:07-5212
    Jason Demas, et al. v. Sony Electronics, Inc., S.D. California, C.A. No. 3:07-2126
    David Date, Jr. v. Sony Electronics, Inc., et al., E.D. Michigan, C.A. No. 2:07-15474

Dear Clerk:

    I am enclosing a certified copy of an order filed today by the Panel in the above matter.

                             Very truly,

                             Jeffery N. Lüthi
                             Clerk of the Panel

                             By_____
                             Regina Hale
                             Calendar Clerk

Enclosure

cc:  Transferor Judges:  Judge Roger T. Benitez
                        Judge Paul D. Borman
                        Judge Robert Gary Klausner

                                                                                       JPML Form 32

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 18 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SONY 1080P RESOLUTION TELEVISION
MARKETING AND SALES PRACTICES LITIGATION    MDL No. 1929

(SEE ATTACHED SCHEDULE A)

ORDER DEEMING MOTION WITHDRAWN
AND VACATING THE MARCH 27, 2008, HEARING SESSION

Before the Panel is a motion by plaintiffs Jason Demas, et al., filed pursuant to 28 U.S.C. § 1407. In their motion, plaintiffs seek centralization of the actions listed on the attached Schedule A in the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings. Movants now seek to withdraw their Section 1407 motion. No responding party opposes the motion to withdraw.

IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2008, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAR 18 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: SONY 1080P RESOLUTION TELEVISION
MARKETING AND SALES PRACTICES LITIGATION**     MDL No. 1929

## SCHEDULE A

<u>Central District of California</u>

Elliot Handler v. Sony Electronics, Inc., C.A. No. 2:07-5212

<u>Southern District of California</u>

Jason Demas, et al. v. Sony Electronics, Inc., C.A. No. 3:07-2126

<u>Eastern District of Michigan</u>

David Date, Jr. v. Sony Electronics, Inc., et al., C.A. No. 2:07-15474