NANCY SHER COHEN (Bar No. 81706)
Nancy.Cohen@hellerehrman.com
RONALD A. VALENZUELA (Bar No. 210025)
Ronald.Valenzuela@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: +1.213.689.0200
Facsimile: +1.213.614.1868

Attorneys for Defendant
SONY ELECTRONICS INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | CV No. 07cv2126 - BEN (RBB)<br><br>**JOINT MOTION FOR ORDER STAYING ALL PROCEEDINGS PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT IN** *DATE V. SONY ELECTRONICS INC. ET AL.*<br><br>The Honorable Roger T. Benitez<br>Courtroom: 3 |

Plaintiffs Jason Demas and John Renninger and Defendant Sony Electronics Inc. ("Sony Electronics"), by and through their respective counsel, hereby submit this Joint Motion for an Order staying all proceedings in this action pending final approval of a proposed class-action settlement in *Date v. Sony Electronics Inc., et al.*, that would result in the dismissal of this lawsuit. Currently pending is Plaintiffs' Motion for Preliminary Injunction and Class Certification, which is set for hearing on April 28, 2008, and Sony Electronics' Motion to Dismiss Pursuant to Rule 12(b)(6), which the Court has taken under submission.

Last December, pursuant to 42 U.S.C. § 1404(a), this Court transferred to the United

States District Court, Eastern District of Michigan a class action against Sony Electronics entitled *Date v. Sony Electronics Inc., et al.*, Case No. 07-CV-15474. The parties in *Date* have since agreed to settle that action on a class-wide basis, and have asked the Eastern District of Michigan for preliminary approval of the proposed settlement. The court has not yet ruled on that application.

As this Court is aware, the *Date* lawsuit involves all of the televisions at issue in this lawsuit, and asserts claims, defenses, legal theories, and a class definition that is substantially similar to those asserted in this action. Approval of the class-wide settlement in *Date,* therefore, would likely result in the dismissal of this lawsuit. Accordingly, the parties agree that good cause exists for an order staying all proceedings in this case, pending final approval of the settlement in *Date,* as it would conserve the parties' and this Court's time, effort, and resources.

Respectfully submitted,

HELLER EHRMAN LLP

DATED: April 10, 2008

By s/ Ronald A. Valenzuela
RONALD A. VALENZUELA
Attorneys for Defendant
SONY ELECTRONICS INC.

DATED: April 10, 2008        KamberEdelson LLC

By s/ Ethan Preston
ETHAN PRESTON
Attorneys for Plaintiffs