FILED

08 APR 15 PM 2:29

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | CV No. 07cv2126 - BEN (RBB)<br><br>[~~PROPOSED~~] ORDER STAYING PROCEEDINGS PENDING APPROVAL OF SETTLEMENT IN *DATE v. SONY ELECTRONICS INC.* AND VACATING APRIL 28, 2008 HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION<br><br>The Honorable Roger T. Benitez<br>Courtroom: 3 |

GOOD CAUSE APPEARING, the Parties' Joint Motion for an Order staying all proceedings pending approval of the proposed settlement in *Date v. Sony Electronics Inc., et al.* is GRANTED. All proceedings in this action are STAYED pending preliminary approval of the settlement, and if preliminary approval is granted, this stay shall be extended pending final approval of the settlement. Further, the April 28, 2008 hearing on Plaintiffs' Motion for Preliminary Injunction and Class Certification is hereby VACATED.

IT IS SO ORDERED.

4/14/08
_____
Date

_____
Judge of the District Court

[PROPOSED] ORDER STAYING ALL PROCEEDINGS PENDING FINAL APPROVAL OF SETTLEMENT IN *DATE v. SONY ELECTRONICS INC. ET AL.*, AND VACATING APR. 28, 2008 HEARING ON PLS.' MOT. FOR PRELIM. INJ. AND CLASS CERTIFICATION, CV NO. 07cv2126 – BEN (RBB)