NANCY SHER COHEN (Bar No. 81706)
Nancy.Cohen@hellerehrman.com
RONALD A. VALENZUELA (Bar No. 210025)
Ronald.Valenzuela@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: +1.213.689.0200
Facsimile: +1.213.614.1868

Attorneys for Defendant
SONY ELECTRONICS INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>SONY ELECTRONICS INC.,<br><br>                    Defendant. | CV No. 07cv2126 - BEN (RBB)<br><br>**PARTIES' JOINT STATUS REPORT RE PRELIMINARY APPROVAL OF SETTLEMENT IN** *DATE V. SONY ELECTRONICS INC., ET AL.*<br><br>The Honorable Roger T. Benitez<br>Courtroom: 3 |

On April 14, 2008, this Court issued an order staying all proceedings in this action pending preliminary approval of a proposed class-action settlement in *Date v. Sony Electronics Inc., et al.*, and further provided that if preliminary approval were granted, the stay would be extended pending final approval of the settlement. On July 25, 2008, Judge Paul D. Borman, the District Court Judge presiding over the *Date* action, issued an order granting preliminary approval of the class-action settlement and scheduled a fairness hearing for November 3, 2008. A true copy of that Order is attached as Exhibit 1. The parties will advise this Court of the Eastern District of Michigan's decision on final approval once Judge Borman has ruled on the matter.

                                  Respectfully submitted,

DATED: August 5, 2008         HELLER EHRMAN LLP


                                  By s/ Ronald A. Valenzuela
                                      RONALD A. VALENZUELA
                                      Attorneys for Defendant
                                      SONY ELECTRONICS INC.

DATED: August 5, 2008         KamberEdelson LLC


                                  By s/Jay Edelson
                                      JAY EDELSON
                                      Attorneys for Plaintiffs