NANCY SHER COHEN (Bar No. 81706)
Nancy.Cohen@hellerehrman.com
RONALD A. VALENZUELA (Bar No. 210025)
Ronald.Valenzuela@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: +1.213.689.0200
Facsimile: +1.213.614.1868

Attorneys for Defendant
SONY ELECTRONICS INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JASON DEMAS and JOHN RENNINGER, on
their own behalves and on behalf of all others
similarly situated,

                                    Plaintiffs,

        v.

SONY ELECTRONICS INC.,

                                    Defendant.

CV No. 07cv2126-BEN (RBB)

**PROOF OF SERVICE**

The Honorable Roger T. Benitez
Courtroom:  3

Heller
Ehrman LLP

**PROOF OF SERVICE**

I, Debora Biggers, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 South Hope Street, 39th Floor, Los Angeles, CA  90071-3043.  I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On August 5, 2008, I served the following true and correct copies:

**1.     PARTIES' JOINT STATUS REPORT RE PRELIMINARY APPROVAL OF SETTLEMENT IN *DATE V. SONY ELECTRONICS INC., ET AL.* ; and**

**2.     PROOF OF SERVICE**

on the parties to this action by placing true and correct copies in a sealed envelope (s) addressed as follows:

| | |
|---|---|
| Alan Himmelfarb | Jay Edelson |
| KamberEdelson LLC | Ethan Preston |
| 2757 Leonis Blvd. | KamberEdelson LLC |
| Los Angeles, CA 90058 | 53 West Jackson Ave., Suite550 |
| Telephone:  (323) 585-8696 | Chicago, IL 60604 |
| ahimmelfarb@kamberedelson.com | Telephone:  (312) 589-6370 |
| | epreston@kamberedelson.com |

☒     (BY MAIL).  I placed true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☒     (BY ECF NOTIFICATION).  I also caused the foregoing documents to be transmitted via the court's electronic email court filing program to the parties listed on the above service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Heller
Ehrman LLP

1  I declare that I am employed in the office of a member of the bar of this Court at
2  whose direction this service was made.

3
4  Executed at Los Angeles, California on August 5, 2008.

5
6  _____
7  Debora Biggers

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Heller
Ehrman LLP    28

PROOF OF SERVICE;
CV NO. 07 CV 2126-BEN (RBB))