1  Jay Edelson
   Ethan Preston (*pro hac vice*)
2  KAMBEREDELSON LLC
   53 West Jackson Ave., Suite 550
3  Chicago, IL 60604
   (312) 589-6370
4  jedelson@kamberedelson.com
   epreston@kamberedelson.com
5
   *Counsel for Plaintiffs*
6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEMAS and JOHN RENNINGER, on their own behalves and on behalf of all others similarly situated, | No. 07cv2126-BEN(RBB) |
| | **STIPULATED DISMISSAL** |
| Plaintiffs, | Judge Roger T. Benitez |
| v. | |
| SONY ELECTRONICS, INC., a Delaware corporation, | |
| Defendant. | |

Stipulated Dismissal                                                                                   No. 07cv2126-BEN(RBB)

**STIPULATED DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Jason Demas and John Renninger ("Plaintiffs") and Defendant Sony Electronics, Inc. ("SEL") stipulate to the dismissal of this action with prejudice.

The parties have executed an settlement agreement compromised Plaintiffs' claims on an individual basis. Rule 41(a)(1)(A)(ii) does not require court approval of a stipulated dismissal. In 2003, Rule 23 was amended to eliminate an ambiguity which led certain courts to require court approval of uncertified class claims. *See* Fed. R. Civ. P. 23 advisory committee notes on 2003 amendments. The current version of Rule 23 explicitly limits the requirements of court approval and class notice to *certified* class claims. *See id*. (citing Manual for Complex Litigation § 30.41 (3d ed. 1995)). *See also* Fed. R. Civ. P. 23(e)(1)(A) (court approval required only for "any settlement, voluntary dismissal, or compromise of the claims, issues, or defenses of a *certified class*") (emphasis added); Fed. R. Civ. P. 23(e)(1)(B) (class notice required only for "class members who *would be bound* by a proposed settlement, voluntary dismissal, or compromise"). The settlement and dismissal of Plaintiffs' individual claims does not require court approval or class notice under Rule 23(e).

In any event, Judge Borman (who presides over *Date v. Sony Electronics, Inc.*, No. 2:07-cv-15474-PDB-RSW, in the Eastern District of Michigan) has approved the settlement and dismissal of the class claims which Plaintiffs previously asserted. (*See* Dkt. 36.) As SEL previously advised this Court, Judge Borman has preliminarily approved that settlement on July 25, 2008. (*See* Dkt. 36.) Likewise, the *Date* settlement provides for notice to the class of the compromise and dismissal of the class claims asserted in this action and the *Date* action. *See* Fed. R. Civ. P. 23(e).

There is no just reason to delay the dismissal of Plaintiffs' claims and the effectuation of their settlement.

| | |
|---|---|
| Dated: September 17, 2008 | By: s/Ethan Preston |
| | Ethan Preston (admitted *pro hac*)<br>KAMBEREDELSON LLC<br>53 West Jackson Ave., Suite 1530<br>Chicago, IL 60604<br>(312) 589-6370<br>epreston@kamberedelson.com |
| | *Attorneys for Plaintiffs* |
| Dated: September 17, 2008 | By: s/Ronald A Valenzuela |
| | Ronald A Valenzuela<br>Heller Ehrman LLP<br>333 South Hope Street 39th Floor<br>Los Angeles, CA 90071-3043<br>(213) 689-0200<br>ronald.valenzuela@hellerehrman.com |
| | *Attorneys for Defendant* |